IN THE CIRCUIT COURT OF THE TWELFTH JUDICIAL CIRCUIT OF FLORIDA,
IN AND FOR SARASOTA COUNTY, FLORIDA

JACK LeFROCK, M.D.,

    Plaintiff,

vs.                                 CASE NO. 2013 CA 1299 NC

WALGREEN CO., a foreign corporation
doing business in Florida,

    Defendant.

_____/

**PLAINTIFF'S COMPLAINT**

**(INCLUDING DEMAND FOR TRIAL BY JURY)**

    Plaintiff JACK LeFROCK, M.D., by and through his undersigned attorney, sues

Defendant WALGREEN CO. and alleges as follows:

* * *

(civil cause of action for slander *per se*, [*Lawnwood Medical Center, Inc. v. Sadow*,
Case No. 4D08-1968, 43 So. 3d at 727-29, (Fla. 4th DCA 2010), review denied,
36 So. 3d 84 (Fla. 2010), and cert. denied, 131 S. Ct. 905 (U.S. 2011)]

    1 This is a civil cause of action for damages which exceed fifteen thousand

($15,000.00) dollars in amount and which is determined to be awardable by the Court, all

amounts being exclusive of costs, interest and attorney's fees.

    2. Plaintiff, JACK L. LeFROCK, M.D., is a person who is *sui juris* and who

has resided in Sarasota County, Florida, at all times relevant to the causes of action

stated in this Plaintiff's Complaint.



3. Defendant WALGREEN CO. is an out-of-state corporation which has been duly-licensed to conduct business in Florida at all times material to any and all causes of action stated in this Plaintiff's Complaint and which has in fact conducted business in Sarasota County, Florida, at all times material to any and all causes of action stated in this Plaintiff's Complaint.

4. Plaintiff JACK LeFROCK, M.D., claims rights based upon one or more of the following facts:

    a.    At all times material to all causes of action stated in this Plaintiff's Complaint, Plaintiff JACK LeFROCK, M.D., has been duly-licensed as a medical doctor in Florida and has engaged in the private practice of medicine, including in Sarasota County, Florida.

    b.    At various times indicated, one or more persons then employed by Defendant WALGREEN CO. have uttered and conveyed defamatory messages to other persons relating to Plaintiff and to Plaintiff's status and professional qualifications as a medical doctor, such occurrences being more fully described in attachments to this Plaintiff's Complaint and one or more of such occurrences having been done in Sarasota County, Florida.

        i. On or about July 12, 201, a person (whose name is not presently known to Plaintiff Dr. Jack LeFrock and whose name is expected

to be determined in pre-trial discovery) stated to one or more persons then within an audible range of hearing, including Ryan King, defamatory words about Plaintiff Dr. Jack LeFrock to the effect as follows, as more fully described in the remainder of this complaint: Plaintiff Dr. Jack LeFrock "over prescribed." According to Plaintiff's information and belief, such person of presently-unknown name was then employed by Defendant and was working at Defendant's retail store at the prescription-filling counter or station of such store located at Bee Ridge Road and Cattlemen Road, Sarasota, Florida

ii. On a date in June of 2011, a person (whose name is not presently known to Plaintiff Dr. Jack LeFrock and whose name is expected to be determined in pre-trial discovery) stated to one or more persons then within an audible range of hearing, including Michael Bean, defamatory words about Plaintiff Dr. Jack LeFrock to the effect as follows, as more fully described in the remainder of this complaint: Plaintiff Dr. Jack LeFrock "was incompetent." According to Plaintiff's information and belief, such person of presently-unknown name was then employed by Defendant and was working at Defendant's retail store at the prescription-filling counter or station of such store located at Stickney Point Road and Clark Road, Sarasota, Florida

iii. On or about March 1, 2012, a person (whose name is not presently known to Plaintiff Dr. Jack LeFrock and whose name is expected to be determined in pre-trial discovery) stated to one or more persons then within an audible range of hearing, including James Hamblin, defamatory words about Plaintiff Dr. Jack LeFrock to the effect as follows, as more fully described in the remainder of this complaint: Plaintiff Dr. Jack LeFrock "was

unethical." According to Plaintiff's information and belief, such person of presently-unknown name was then employed by Defendant and was working at Defendant's retail store at the prescription-filling counter or station of such store located at Starkey Road and Park Boulevard, Seminole, Florida.

iv. On or about June 1, 2012, a person (whose name is not presently known to Plaintiff Dr. Jack LeFrock and whose name is expected to be determined in pre-trial discovery) stated to one or more persons then within an audible range of hearing, including Thomas P. O'Callaghan, defamatory words about Plaintiff Dr. Jack LeFrock to the effect as follows, as more fully described in the remainder of this complaint: Plaintiff Dr. Jack LeFrock "was under criminal investigation." According to Plaintiff's information and belief, such person of presently-unknown name was then employed by Defendant and was working at Defendant's retail store at the prescription-filling counter or station of such store located at 49th Street and 78th Avenue, Pinellas Park, Florida.

v. On or about June 5, 2012, a person (whose name is not presently known to Plaintiff Dr. Jack LeFrock and whose name is expected to be determined in pre-trial discovery) stated to one or more persons then within an audible range of hearing, including Crystal Rivera, defamatory words about Plaintiff Dr. Jack LeFrock to the effect as follows, as more fully described in the remainder of this complaint: Plaintiff Dr. Jack LeFrock "was not a legit (legitimate) doctor." According to Plaintiff's information and belief, such person of presently-unknown name was then employed by Defendant and was working at Defendant's retail

store at the prescription-filling counter or station of such store located at Stickney Point Road and Highway 41, Sarasota, Florida.

vi. On or about January 24, 2012, a person (whose name is not presently known to Plaintiff Dr. Jack LeFrock and whose name is expected to be determined in pre-trial discovery) stated to one or more persons then within an audible range of hearing, including Mahlon D. Care, defamatory words about Plaintiff Dr. Jack LeFrock to the effect as follows, as more fully described in the remainder of this complaint:

> Plaintiff Dr. Jack LeFrock "should have been in the ground ten years ago;"
> Dr. Jack LeFrock is running a "pill mill;"
> Dr. Jack LeFrock "does not have the proper credentials;" and
> Dr. Jack LeFrock "should not be running a pain management clinic."

According to Plaintiff's information and belief, such person of presently-unknown name was then employed by Defendant and was working at Defendant's retail store at the prescription-filling counter or station of such store located at Clark Road and Highway 41, Sarasota, Florida.

vii. At a time between September and December of 2011, a person (whose name is not presently known to Plaintiff Dr. Jack LeFrock and whose name is expected to be determined in pre-trial discovery) stated to one or more persons then within an audible range of hearing, including Brian Apuli, defamatory words about Plaintiff Dr. Jack LeFrock to the effect as follows, as more fully described in the remainder of this complaint: Plaintiff Dr. Jack LeFrock was a "doc in the box." According to Plaintiff's

information and belief, such person of presently-unknown name was then employed by Defendant and was working at Defendant's retail store at the prescription-filling counter or station of such store located at Stickney Point Road and Highway 41, Sarasota, Florida.

viii. On or about June 15, 2011, a person (whose name is not presently known to Plaintiff Dr. Jack LeFrock and whose name is expected to be determined in pre-trial discovery) stated to one or more persons then within an audible range of hearing, including Stella André, defamatory words about Plaintiff Dr. Jack LeFrock to the effect as follows, as more fully described in the remainder of this complaint: Plaintiff Dr. Jack LeFrock "had a bad reputation." According to Plaintiff's information and belief, such person of presently-unknown name was then employed by Defendant and was working at Defendant's retail store at the prescription-filling counter or station of such store located at Bee Ridge Road and Beneva Road, Sarasota, Florida

ix. On or about January 4, 2012, a person (whose name is not presently known to Plaintiff Dr. Jack LeFrock and whose name is expected to be determined in pre-trial discovery) stated to one or more persons then within an audible range of hearing, including Dina King, defamatory words about Plaintiff Dr. Jack LeFrock to the effect as follows, as more fully described in the remainder of this complaint: Plaintiff Dr. Jack LeFrock was a "pill pusher." According to Plaintiff's information and belief, such person of presently-unknown name was then employed by Defendant and was working at Defendant's retail store at the prescription-filling counter or station of such store located at Highway 41 and Bahia Vista Road, Sarasota, Florida.

  c. All conditions precedent required for Plaintiff's cause of action under each and every cause of action stated herein have been met, have occurred or have been waived.

  d. Plaintiff JACK LeFROCK, M.D., has incurred costs in his prosecution of all causes of action stated in this pleading and will continue to incur such costs.

  e. Plaintiff JACK LeFROCK, M.D., has been damaged by the previously-described conduct of Defendant WALGREEN CO.

WHEREFORE Plaintiff JACK LeFROCK, M.D., demands judgment in favor of himself (JACK LeFROCK, M.D.) as follows and against Defendant WALGREEN CO. as follows, such recovery to be fixed in such amount as he (Plaintiff JACK LeFROCK, M.D.) may be determined to be entitled to such recovery and the liability of Defendant WALGREEN CO. to be fixed in such amount as such defendant may be determined to be liable:

(a) money damages (including general damages as may be found to be recoverable under applicable law); and

(b) such amount of costs as may be determined by the Court to be recoverable by Plaintiff JACK LeFROCK, M.D., under applicable law;

and Plaintiff JACK LeFROCK, M.D., prays that this Court will grant such further relief as the Court may find or deem to be just, fit, proper or appropriate under the circumstances.

* * *

DEMAND FOR JURY TRIAL

Plaintiff demands trial by jury as to the following factual issues: all factual issues to be determined in this cause which may be determined by a jury.

Dated this 11 day of February, 2013

LAW OFFICE OF LAWRENCE KLEPETKO, Chartered

By: _____
Lawrence Klepetko,
Attorney for Plaintiff JACK LeFROCK, M.D.
Washington Square
46 North Washington Boulevard, Suite 15
Sarasota, Florida 34236
Telephone: (Area 941) 388-3388
e-mail: kelptx@yahoo.com

VERIFICATION

STATE OF FLORIDA
COUNTY OF Pinellas

JACK LeFROCK, M.D., being duly sworn, deposes and says: that Affiant has read the foregoing document and knows the contents thereof and that the same are true of Affiant's own knowledge except as to any matters therein which may be stated to be alleged on information and belief; as to any matters alleged to be on information and belief, Affiant believes those matters to be true; and Affiant is one of the parties to this proceeding or represents one of those parties.

AFFIANT

_____
JACK LeFROCK, M.D.

Subscribed and sworn to before me this 31st day of January 2013. I do hereby state that JACK LeFROCK, M.D., the Affiant, did/~~did not~~ take an oath. Further, I do hereby state that the Affiant is personally known to me or, alternatively, the Affiant produced the following identification to me: FL Driver's License

_____
Notary Public, State of
Florida at large

(NOTARIAL SEAL)

PAMELA K. BOLING
Notary Public, State of Florida
My Comm. Expires Nov. 1, 2013
No. DD837310

My Commission Expires: