

# FLORIDA DEPARTMENT OF STATE
# DIVISION OF CORPORATIONS

# Detail by Entity Name

### Foreign Profit Corporation
WALGREEN CO.

### Filing Information

| | |
|---|---|
| **Document Number** | 813203 |
| **FEI/EIN Number** | 361924025 |
| **Date Filed** | 11/21/1958 |
| **State** | IL |
| **Status** | ACTIVE |
| **Last Event** | AMENDMENT |
| **Event Date Filed** | 02/22/1984 |
| **Event Effective Date** | NONE |

### Principal Address

300 WILMOT ROAD
DEERFIELD, IL 60015

Changed: 04/29/2014

### Mailing Address

300 WILMOT ROAD
DEERFIELD, IL 60015

Changed: 04/29/2014

### Registered Agent Name & Address

PRENTICE-HALL CORPORATION SYSTEM, INC.
1201 HAYS STREET
SUITE 105
TALLAHASSEE, FL 32301

Address Changed: 10/07/1974

### Officer/Director Detail

### Name & Address

Title DCEO

WASSON, GREG D


DEFENDANT'S EXHIBIT 1

300 WILMOT ROAD
DEERFIELD, IL 60015

Title TREASURER

DUBINSKY, JASON M
300 WILMOT ROAD
DEERFIELD, IL 60015

Title AS

MANN, JOHN A
300 WILMOT ROAD
DEERFIELD, IL 60015

Title AS

FELISH, MICHAEL D
300 WILMOT ROAD
DEERFIELD, IL 60015

Title EVPS

SABATINO, THOMAS J, JR
300 WILMOT ROAD
DEERFIELD, IL 60015

## Annual Reports

| Report Year | Filed Date |
|---|---|
| 2012 | 02/28/2012 |
| 2013 | 04/24/2013 |
| 2014 | 04/29/2014 |

## Document Images

| | |
|---|---|
| 04/29/2014 -- ANNUAL REPORT | View image in PDF format |
| 04/24/2013 -- ANNUAL REPORT | View image in PDF format |
| 02/28/2012 -- ANNUAL REPORT | View image in PDF format |
| 04/25/2011 -- ANNUAL REPORT | View image in PDF format |
| 04/21/2010 -- ANNUAL REPORT | View image in PDF format |
| 04/24/2009 -- ANNUAL REPORT | View image in PDF format |
| 02/08/2008 -- ANNUAL REPORT | View image in PDF format |
| 01/16/2007 -- ANNUAL REPORT | View image in PDF format |
| 04/10/2006 -- ANNUAL REPORT | View image in PDF format |
| 04/26/2005 -- ANNUAL REPORT | View image in PDF format |
| 05/03/2004 -- ANNUAL REPORT | View image in PDF format |

| | |
|---|---|
| 04/28/2003 -- ANNUAL REPORT | View image in PDF format |
| 05/02/2002 -- ANNUAL REPORT | View image in PDF format |
| 04/19/2001 -- ANNUAL REPORT | View image in PDF format |
| 05/01/2000 -- ANNUAL REPORT | View image in PDF format |
| 04/29/1999 -- ANNUAL REPORT | View image in PDF format |
| 05/06/1998 -- ANNUAL REPORT | View image in PDF format |
| 05/15/1997 -- ANNUAL REPORT | View image in PDF format |
| 05/01/1996 -- ANNUAL REPORT | View image in PDF format |
| 05/02/1995 -- ANNUAL REPORT | View image in PDF format |

Copyright © and Privacy Policies

State of Florida, Department of State