```
 1        IN THE UNITED STATES DISTRICT COURT FOR THE        2:00:06PM
                  MIDDLE DISTRICT OF FLORIDA
 2                    TAMPA DIVISION

 3           CASE NO.  8:13-CV-02196-EAK-TBM

 4

 5

 6  - - - - - - - - - - - - - - - - - - -

 7  JACK LEFROCK, M.D.,

 8               Plaintiff,
    vs.
 9
    WALGREEN CO., a Foreign Corporation
10  Doing Business in Florida,

11               Defendant.

12  - - - - - - - - - - - - - - - - - - -

13

14        Videotape Deposition of JACK LEFROCK, the

15  Plaintiff herein, taken on behalf of the Defendant

16  herein, pursuant to notice and the Federal Rules of

17  Civil Procedure, commencing at 9:30 a.m. and

18  adjourned at  on 4:30 p.m., on Monday, June 23rd,

19  2014, at the offices of Demby & Associates, 1751

20  Mound Street, Sarasota, Florida, before me, Diana A.

21  Demby, RMR, Notary public in and for the State of

22  Florida at Large.

23

24

25
```

DEFENDANT'S
EXHIBIT
2

6

1  offices, one in Sarasota and one in Clearwater, and      9:29:25AM

2  those have been opened since 2009.  Fair enough?         9:29:28AM

3      A    Yes.                                              9:29:32AM

4      Q    Let's go back in time.  Let's talk about the     9:29:32AM

5  beginning of your career as a physician.                 9:29:35AM

6      A    Yes.                                              9:29:37AM

7      Q    Where did you first start practicing            9:29:39AM

8  medicine?                                                 9:29:41AM

9      A    Well, I started actually in academic medicine   9:29:43AM

10 back in 1970 during my Fellowship in infectious          9:29:49AM

11 disease.  I was on the faculty as well.  I was an        9:29:54AM

12 instructor in medicine and infectious disease at Tufts   9:29:59AM

13 from 1970 to 1973 -- do you want me to follow through?   9:30:04AM

14     Q    Would you, please.                               9:30:09AM

15     A    Okay.  Then I went, from '73 to '75 as an       9:30:10AM

16 assistant professor of medicine at West Virginia         9:30:16AM

17 University School of Medicine.                            9:30:22AM

18          Then from 1975 to 1980, I went to Albany        9:30:25AM

19 Medical College in Albany, New York, and I became an    9:30:30AM

20 associate professor; and in 1980 I became a full         9:30:36AM

21 professor and chairman of medicine -- infectious        9:30:41AM

22 disease and medicine at Haneman (Phonetic) University    9:30:47AM

23 School of Medicine and clinical professor of surgery     9:30:51AM

24 there.                                                    9:30:56AM

25          And then the end of '85, I got tired of the     9:30:56AM

7

1   politics of academic medicine and I moved to Sarasota,    9:31:00AM

2   Florida.   That would be December of '85.   It was just   9:31:04AM

3   after Thanksgiving.                                       9:31:09AM

4           And I was in Sarasota, and I practiced           9:31:11AM

5   infectious diseases from '85 until, I think, 1998 -- it   9:31:14AM

6   may be '99 -- and then I retired.   A good way -- I was   9:31:26AM

7   60 years old then so the year -- yeah it would be --      9:31:33AM

8   '90, 38 -- yeah.                                          9:31:38AM

9       Q    Okay.   Let's now talk about your career        9:31:43AM

10  leading up to the retirement.   Fair enough?             9:31:46AM

11      A    Yes.                                             9:31:48AM

12      Q    So thank you very much for giving me the        9:31:50AM

13  background of your career, which ends with your          9:31:52AM

14  retirement in Sarasota in the year 1998 or 1999?         9:31:59AM

15      A    Right.   Right.                                 9:32:04AM

16      Q    And while practicing medicine in Sarasota,      9:32:06AM

17  between the years 1985 and 1998 --                       9:32:10AM

18      A    Yes.                                            9:32:15AM

19      Q    -- you were practicing infectious disease       9:32:15AM

20  medicine?                                                9:32:19AM

21      A    Yes.                                            9:32:19AM

22      Q    Were you a pain management physician during     9:32:20AM

23  those years?                                             9:32:24AM

24      A    No.                                             9:32:25AM

25      Q    Prior to retiring in 1998, did you practice     9:32:26AM

8

| | | |
|---|---|---|
| 1 | pain management? | 9:32:30AM |
| 2 | A No. Though I did write, if someone needed, I | 9:32:33AM |
| 3 | would write, you know, an occasional patient got | 9:32:44AM |
| 4 | Percocet or something for their pain related to their | 9:32:45AM |
| 5 | infection if they had bad pain and gangrene and things | 9:32:46AM |
| 6 | like that, but that was a secondary not primary. | 9:32:49AM |
| 7 | Q And let me understand that so I may. You | 9:32:53AM |
| 8 | practiced as an infectious disease physician. Can you | 9:32:57AM |
| 9 | define what that means for the jury? | 9:33:01AM |
| 10 | MR. KLEPETKO: Jury? | 9:33:03AM |
| 11 | A Infectious disease, I get called in generally | 9:33:05AM |
| 12 | by, primarily, a physician or a surgeon who suspects | 9:33:09AM |
| 13 | infection and doesn't know what the cause is, and they | 9:33:14AM |
| 14 | will call me in for consultation. | 9:33:17AM |
| 15 | And then I would follow the patients in the | 9:33:21AM |
| 16 | hospital, and then when they came out of the hospital I | 9:33:24AM |
| 17 | followed them once or twice at no charge, just to make | 9:33:27AM |
| 18 | sure they were stable, and I would send them back to | 9:33:32AM |
| 19 | their primary physician or whoever sent them to me. | 9:33:38AM |
| 20 | Q As an infectious disease physician, you would | 9:33:41AM |
| 21 | primarily be addressing antibiotics for an infection? | 9:33:44AM |
| 22 | A Yes. | 9:33:50AM |
| 23 | Q So -- | 9:33:51AM |
| 24 | A And I must say, a lot of patients I sent to | 9:33:51AM |
| 25 | surgery because I still think if you are dealing with | 9:33:54AM |

14

```
 1  people.                                            9:39:56AM
 2      Q    How many years had you practiced at that   9:39:57AM
 3  point in time?                                      9:39:59AM
 4           MR. KLEPETKO:  You mean in private practice 9:40:01AM
 5      or the clinical --                              9:40:03AM
 6      A    28 --                                      9:40:04AM
 7      Q    Entirely.                                  9:40:06AM
 8      A    -- at least 28 years or so.  28, 30 years. 9:40:06AM
 9      Q    So putting aside the health insurance      9:40:10AM
10  companies, you had worked a full career?            9:40:12AM
11      A    Yes.  But I enjoyed what I did.            9:40:14AM
12      Q    Certainly.  And were you financially secure 9:40:17AM
13  at the time of your retirement in 1998?             9:40:19AM
14      A    Yes, I was.                                9:40:22AM
15      Q    And when I mean -- when I say financially  9:40:24AM
16  secure, did you feel as though it was a comfortable 9:40:26AM
17  retirement that you would allow for yourself and your 9:40:30AM
18  family?                                             9:40:33AM
19      A    Yeah.  We would have enough.  Not a problem. 9:40:34AM
20      Q    And so both financially and professionally, 9:40:39AM
21  you thought it was a good idea to retire in 1998?   9:40:41AM
22      A    Yes.  And it was more for professional than 9:40:46AM
23  financial.  I was getting too aggravated.           9:40:53AM
24      Q    Can I ask, generally how much money did you 9:40:56AM
25  have available for your retirement in 1998?         9:41:00AM
```

26

| | | |
|---|---|---|
| 1 | loans came because they knew me for years here in town. | 9:57:16AM |
| 2 | No one knew him, and I think that's why he wanted me, | 9:57:20AM |
| 3 | when I realized later. | 9:57:24AM |
| 4 | He had his kids working in the business, | 9:57:26AM |
| 5 | paying his salaries, we had other people and, you know, | 9:57:29AM |
| 6 | that's when the market crashed.  And we built beautiful | 9:57:32AM |
| 7 | homes. | 9:57:36AM |
| 8 | And he disappeared.  He went into bankruptcy | 9:57:37AM |
| 9 | and left me holding the bag. | 9:57:40AM |
| 10 | Q    When did this company with Roger Van Wie | 9:57:42AM |
| 11 | eventually shut down? | 9:57:45AM |
| 12 | A    In -- the year before I went to work at | 9:57:50AM |
| 13 | Health and Pain, a year before, in pain management. | 9:58:00AM |
| 14 | Q    Do you know what year that is? | 9:58:04AM |
| 15 | A    Approximately, would be 2007, 2008.  Around | 9:58:08AM |
| 16 | that time. | 9:58:13AM |
| 17 | Q    Because you eventually went back into | 9:58:13AM |
| 18 | medicine, correct? | 9:58:15AM |
| 19 | A    Yes. | 9:58:16AM |
| 20 | Q    So roughly one year before you returned to | 9:58:17AM |
| 21 | medicine, this business with Roger Van Wie was shut | 9:58:19AM |
| 22 | down? | 9:58:24AM |
| 23 | A    Yes. | 9:58:25AM |
| 24 | Q    Do you know what year you returned to | 9:58:34AM |
| 25 | medicine? | 9:58:36AM |

28

1  medicine.   During your retirement years --                    10:00:17AM

2      A    Yes.                                                   10:00:21AM

3      Q    -- which would be roughly 1998 to the year            10:00:20AM

4  2007 -- is that fair --                                        10:00:26AM

5      A    Yes.                                                   10:00:28AM

6      Q    -- you were in two businesses --                      10:00:28AM

7      A    Right.                                                 10:00:31AM

8      Q    -- to make money?                                     10:00:31AM

9      A    Yeah.                                                  10:00:32AM

10     Q    One would be Civix, which was commercial              10:00:32AM

11  development?                                                   10:00:36AM

12     A    Yes.                                                   10:00:36AM

13     Q    And second one would be the residential              10:00:36AM

14  business with Roger Van Wie?                                   10:00:39AM

15     A    Right.                                                 10:00:41AM

16     Q    Between the two, you unfortunately lost about         10:00:41AM

17  two and a half million dollars?                                10:00:48AM

18     A    Two and a half to three million dollars.              10:00:51AM

19  Yeah.                                                          10:00:53AM

20     Q    That's a lot of money, unfortunately?                 10:00:53AM

21     A    Yeah.  But I still had enough to live on, but        10:00:55AM

22  I wanted to keep busy.  I was -- I can't sit idle.            10:00:58AM

23     Q    So you decided to go back into the practice          10:01:03AM

24  of medicine?                                                   10:01:06AM

25     A    Yes.                                                   10:01:07AM

30

1  and if you are a good clinician that's key.                10:02:36AM

2          You are Board eligible.  You can take the         10:02:40AM

3  Boards in pain management, but personally, they said --   10:02:42AM

4  I think I was 69 or 70 -- what do you want to sit and     10:02:46AM

5  take another Board at your age?  Just go and practice.    10:02:50AM

6  You're fine.                                              10:02:54AM

7          You'll need to take the first year, 40            10:02:57AM

8  credits in pain management, and every year after, 15.     10:03:00AM

9  And I averaged 60, 70, 80 year anyway.  I go at least     10:03:03AM

10 four to five meetings a year.                             10:03:09AM

11     Q    What was the actual name of the company that     10:03:11AM

12 you started working with?                                 10:03:12AM

13     A    Health and Pain.                                 10:03:14AM

14     Q    Is it Health and Pain Clinic, Health and Pain    10:03:15AM

15 Management, Health and Pain  --                           10:03:18AM

16     A    I think it's Health and Pain Clinic.  It's no    10:03:20AM

17 longer -- they sold it or it was shut down later on, a    10:03:24AM

18 few years later.                                          10:03:29AM

19     Q    What type of clinic was this that you started    10:03:30AM

20 working at?                                               10:03:33AM

21     A    It's like they call, I thought, so-called       10:03:33AM

22 pill mill.  And I couldn't deal with that and was         10:03:36AM

23 always fighting with them, because if someone comes in    10:03:41AM

24 to me and I check their blood pleasure and they have      10:03:45AM

25 185 over 110, that's life threatening.  I'm just not      10:03:48AM

31

1  going to hand them pain pills and not take care of          10:03:53AM

2  them.                                                        10:03:56AM

3          Do you have a primary doctor?  No.  What do          10:03:56AM

4  you do?  Do you close your eyes?  That's not medicine.       10:04:00AM

5  That's not being a physician.  A pharmacist could do         10:04:02AM

6  that.  What the hell do you have to be a doctor?             10:04:07AM

7          And I started getting annoyed.  I would --           10:04:10AM

8  they complained about belly pain and I examined.  I          10:04:11AM

9  ended up sending them to the emergency room.  One had        10:04:15AM

10 an aneurysm.  It was missed.  Blocked carotids that I        10:04:18AM

11 listened to, that's why they were getting medicine for       10:04:22AM

12 their migraine.                                              10:04:25AM

13         That not my style of practicing.  I don't            10:04:26AM

14 care what form of medicine, what field you're in of          10:04:29AM

15 medicine, subspecialty, you have to be, number one, a        10:04:35AM

16 clinician physician.                                         10:04:38AM

17    Q    When did you begin to realize that Health and        10:04:40AM

18 Pain Clinic was actually a pill mill?                        10:04:42AM

19    A    A couple of months after I was there, and one        10:04:46AM

20 of the two partners never interfered with me.  He said       10:04:51AM

21 do whatever, you're a good doc.  In fact, I ended up         10:04:56AM

22 taking care of his own hypertension.                         10:05:01AM

23         The other guy was the trouble.  So every time        10:05:04AM

24 the other guy was there, I even ended up throwing a          10:05:06AM

25 book at him and told him to get out of the room.  I          10:05:09AM

32

1 just couldn't take it any more, so I left.                10:05:12AM

2    Q    What were some of the red flags to you with       10:05:15AM

3 respect to the pill mill?  What caused you to really       10:05:18AM

4 begin to believe that where you were working at Health     10:05:29AM

5 and Pain -- which was your first job out of                10:05:30AM

6 retirement --                                              10:05:30AM

7    A    Right.  Right.                                     10:05:31AM

8    Q    -- what really cued you off to --                  10:05:31AM

9    A    Well, first of all they scheduled too many         10:05:32AM

10 patients to be seen.  And I used to keep them, they --    10:05:35AM

11 you know, we would start at 8 a.m. and they booked        10:05:39AM

12 solid through five, and I never got through before 8:30   10:05:46AM

13 every night, 8:30, nine, and then I had to travel.        10:05:49AM

14        And they used to say, you're keeping us here       10:05:52AM

15 so late, but I couldn't turn my head.  I'm sorry.         10:05:55AM

16   Q    How long did you work at Health and Pain?          10:06:00AM

17   A    About eight months.  And one day I just said,      10:06:02AM

18 it's been nice knowing you.                               10:06:06AM

19        And I'm still friends with the secretary           10:06:08AM

20 there.  She calls me all the time.  She's at another      10:06:11AM

21 place, too.  She was very nice, and she used to defend    10:06:14AM

22 me all the time.                                          10:06:19AM

23        In fact, she had me go see her mother in the       10:06:20AM

24 hospital, who was sick, and they missed the diagnosis.    10:06:24AM

25   Q    What is the name of the legal assistant --         10:06:27AM

35

1   lasted two months and left too.  And -- and --          10:08:46AM

2       Q    Is it fair to say that over the eight months    10:08:51AM

3   that you worked there it was either you or perhaps one   10:08:55AM

4   other physician who had the ability to prescribe         10:08:57AM

5   medication?                                              10:09:00AM

6       A    Yes.                                            10:09:01AM

7       Q    How many patients do you think Health and       10:09:06AM

8   Pain Clinic had at that point in time?                   10:09:08AM

9       A    I don't know.  I didn't keep score.  To be      10:09:13AM

10  honest.  You know, I just would see a patient and treat  10:09:17AM

11  him as I would treat a member of my family.              10:09:23AM

12          I took an oath.  And my professor of medicine    10:09:28AM

13  always said, first do no harm.  Number two, treat        10:09:33AM

14  people like they're members of your family, or how you   10:09:39AM

15  would want to be treated.  Never lie.  If you don't      10:09:42AM

16  know the answer, say I don't know.  You will never lose  10:09:47AM

17  a patient because you are honest and forthright.         10:09:50AM

18          And he was an old clinician -- this was in       10:09:54AM

19  Amsterdam -- Professor Boss, and I never forgot that.    10:09:57AM

20  It's always been implanted in my head from day one.      10:10:01AM

21      Q    And is it your professional judgment that the   10:10:05AM

22  Health and Pain Clinic was a pill mill?                  10:10:07AM

23      A    Yes.  And I'm not proud that I was there at     10:10:10AM

24  the time, I must say.                                    10:10:17AM

25          MR. STERN:  Oh.  Your mike slipped off.  I       10:10:24AM

37

1     Q     Before working at the Health and Pain Clinic,     10:11:31AM

2  when coming out of retirement did you apply for any          10:11:44AM

3  jobs at any other facilities or hospitals?                   10:11:45AM

4     A     No.  No.  No, I didn't.                             10:11:46AM

5           Well, I talked about going back into                10:11:47AM

6  infectious disease, and both hospitals said you got to       10:11:49AM

7  start over as a new doctor here.                             10:11:52AM

8           And I said, I'm not starting back all over,         10:11:54AM

9  going in to see general medicine at two in the morning.      10:11:57AM

10 I said, I will go in and see infectious disease but I        10:12:01AM

11 don't want to take care of heart attacks at two in the       10:12:05AM

12 morning.  I said, I'm 69 years of age already.               10:12:08AM

13    Q     Which hospitals did you try --                      10:12:12AM

14    A     Memorial and Doctors.                               10:12:13AM

15    Q     That's in Sarasota?                                 10:12:15AM

16    A     Yeah.  Yes.  And I was chief of medicine at         10:12:17AM

17 those hospitals at one time, too.  They knew who I was.      10:12:20AM

18         It was political.  The other group in town          10:12:25AM

19 didn't want competition, and one of the wives, the           10:12:29AM

20 guy's wife was on the Board.  You know how politics go.      10:12:32AM

21    Q     So your initial thought, at least, coming out       10:12:36AM

22 of --                                                        10:12:38AM

23    A     Was to go back in what I knew best at the           10:12:40AM

24 time.  But I have found -- I must say, I have found it       10:12:42AM

25 interesting and I found another way.  I don't do it the      10:12:46AM

38

```
1  way -- you still can practice good medicine and do it    10:12:50AM

2  the right way, because there are a lot of legitimate     10:12:54AM

3  patients suffering.                                      10:12:57AM

4          I just met a gal who wrote a book called A       10:12:59AM

5  Dying Nation, and she talked at our meeting this         10:13:05AM

6  weekend, and I had dinner with her -- from               10:13:10AM

7  Massachusetts -- Harvard grad and everything -- and it   10:13:12AM

8  made me realize, I am doing the right thing.             10:13:19AM

9     Q    Before you ended up working at the Health and    10:13:22AM

10 Pain Clinic, which two hospitals did you apply to?       10:13:25AM

11    A    Sarasota Memorial and HCA Doctors Hospital.      10:13:31AM

12 And they knew me there.  I mean, I set up the first      10:13:35AM

13 wound care, the first hyperbaric units here in this      10:13:42AM

14 town.                                                    10:13:47AM

15         I mean, it's not that -- there was no one on     10:13:48AM

16 the hospital staff who had my academic background.       10:13:51AM

17    Q    Certainly, going back into medicine you were     10:13:55AM

18 well qualified after practicing as an infectious         10:13:57AM

19 disease physician.                                       10:14:02AM

20    A    Yes.                                             10:14:03AM

21    Q    So I find it somewhat unusual that the two       10:14:03AM

22 hospitals were not willing to accept you back --         10:14:06AM

23    A    Oh, they were willing, as long as I went         10:14:08AM

24 through what they wanted.                                10:14:10AM

25    Q    I understand.                                    10:14:12AM
```

39

```
 1      A     And I didn't want, at my age, to go in at        10:14:13AM

 2  three in the morning unless it was an infectious          10:14:16AM

 3  disease patient, which I would care about.                10:14:19AM

 4      Q     So let me understand better, because I'm not    10:14:23AM

 5  involved with the application process to these            10:14:25AM

 6  hospitals.                                                10:14:28AM

 7            What exactly did Sarasota Memorial and          10:14:29AM

 8  Doctors Hospital want you to do to come back into the     10:14:33AM

 9  practice of medicine?                                     10:14:36AM

10      A     Take calls at the emergency room on a           10:14:38AM

11  rotation, like they make new doctors do for five years.   10:14:39AM

12      Q     So you would have had to have done that for     10:14:44AM

13  how long?                                                 10:14:49AM

14      A     Five years rotation.  I did it already, and I   10:14:49AM

15  used to go in after that anyway, if a doctor called me    10:14:52AM

16  at three in the morning which I used to get every night   10:14:56AM

17  one or two calls to come into the emergency room or to    10:14:59AM

18  the ICU and see someone who was in septic shock or some   10:15:02AM

19  problem.  That didn't bother me.                          10:15:08AM

20            But why do I have to go in to admit, one        10:15:10AM

21  night a month, heart attacks and stuff like that?         10:15:17AM

22      Q     Did both hospitals want you to go through       10:15:22AM

23  this five years of rotation --                            10:15:24AM

24      A     Yes.  Yes.                                      10:15:26AM

25      Q     -- before you could begin to practice again     10:15:26AM
```

40

1  in the hospital setting?                                    10:15:28AM

2      A    No.  I could at the same time, practice.          10:15:29AM

3      Q    Oh, certainly.  But it was a prerequisite for     10:15:32AM

4  working at the hospital?                                    10:15:35AM

5      A    Yes.  Yes.  Like new doctors when they first      10:15:36AM

6  start.                                                      10:15:39AM

7      Q    Did those two hospitals have any other            10:15:40AM

8  criteria?                                                   10:15:42AM

9      A    No.  No.  They knew me.  Come on.  I was on        10:15:43AM

10  the board of Doctors Hospital, even.                       10:15:47AM

11     Q    Well, what I find surprising is that they          10:15:50AM

12  would want you to go through five years?                    10:15:53AM

13     A    Yeah.  That's what I said to them.  To be          10:15:57AM

14  honest -- I wouldn't do it one year, to be honest.  I      10:15:59AM

15  paid my dues.  It's not as if I was some new kid they      10:16:02AM

16  never knew, who came from another state, never knew        10:16:06AM

17  anything about me.  They knew me.                          10:16:10AM

18     Q    So after making the decision that you weren't      10:16:16AM

19  going to go through the five years of rotation again --    10:16:18AM

20     A    Yeah.                                              10:16:21AM

21     Q    -- at these hospitals, what were your, what       10:16:21AM

22  were your alternatives at that point?                       10:16:23AM

23     A    I could have kept working at the Health           10:16:26AM

24  Department, but I got frustrated.  I get easily            10:16:28AM

25  frustrated when I see the quality of medicine is not       10:16:35AM

42

| | | |
|---|---|---|
| 1 | Q    -- that ruled outgoing back into a formal | 10:17:45AM |
| 2 | hospital such as Sarasota Memorial -- | 10:17:48AM |
| 3 | A    Yes. | 10:17:49AM |
| 4 | Q    -- or Doctors Hospital? | 10:17:49AM |
| 5 | A    Right.  Yes. | 10:17:51AM |
| 6 | Q    The Department of Health was always | 10:17:51AM |
| 7 | available, but it really wasn't your thing and it | 10:17:53AM |
| 8 | really wasn't a steady paycheck? | 10:17:56AM |
| 9 | A    It was not a great paycheck.  But, you know, | 10:17:58AM |
| 10 | I could make two, three thousand a month, probably. | 10:18:03AM |
| 11 | Q    So what caused you to begin to look for other | 10:18:07AM |
| 12 | options, such as the Health and Pain Clinic? | 10:18:11AM |
| 13 | A    I wanted to make a little more money, not to | 10:18:16AM |
| 14 | live on for me.  When Roger went bankrupt and I was | 10:18:20AM |
| 15 | left holding the bag -- | 10:18:28AM |
| 16 | Q    This is the residential development | 10:18:30AM |
| 17 | company -- | 10:18:31AM |
| 18 | A    Yes. | 10:18:32AM |
| 19 | Q    -- Roger Weed? | 10:18:32AM |
| 20 | A    He had owed people monies that I didn't even | 10:18:34AM |
| 21 | know, from the corporation.  Little contractors he | 10:18:37AM |
| 22 | never paid, other people, places he bought, like, | 10:18:40AM |
| 23 | Mullet's and places like that, that he bought things. | 10:18:45AM |
| 24 | And I said this is not right. | 10:18:49AM |
| 25 | I had enough, for my pension, to live, for my | 10:18:51AM |

47

| | | | |
|---|---|---|---|
| 1 | | you? | 10:27:58AM |
| 2 | A | I would say a million dollars. | 10:27:58AM |
| 3 | Q | That's fair amount of money. | 10:27:59AM |
| 4 | A | Yes. Plus banks. | 10:28:00AM |
| 5 | Q | The banks were on top of the million dollars? | 10:28:00AM |
| 6 | A | Yes. | 10:28:01AM |
| 7 | Q | How much total, do you think? | 10:28:01AM |
| 8 | A | The banks we had, we had some short sales to | 10:28:02AM |

9 get rid of so they took, Landmark and others, we       10:28:03AM

10 compromised, reevaluated, split the difference. They    10:28:04AM

11 were very nice, the small banks, with me because they   10:28:05AM

12 said I came to them, I was a gentleman, I was honest, I 10:28:06AM

13 didn't try to go bankrupt or anything, they appreciated 10:28:07AM

14 that I was forthright. Maybe, who knows, another        10:28:08AM

15 million.                                                10:28:09AM

16       Q     Understood.                                10:28:09AM

17       A     The exact numbers, I never did. I'm still  10:28:10AM

18 paying back the investors each month, meaning I don't   10:28:11AM

19 pay them a lot, but they know I have been paying them   10:28:12AM

20 for five, six years, each, a thousand a month and       10:28:13AM

21 trying to show good will and good faith, and I will pay 10:28:14AM

22 them back.                                              10:28:15AM

23       Q     So if I can summarize for a moment.        10:28:15AM

24       A     Yes.                                       10:28:16AM

25       Q     I appreciate that. Through your retirement, 10:28:17AM

48

```
 1 which was really between the years 1998 and 2007,        10:28:17AM

 2 generally, we could be off one year --                   10:28:19AM

 3      A    Yes.                                            10:28:20AM

 4      Q    -- you were in two primary investments.  One   10:28:20AM

 5 was a commercial company, and one was a residential       10:28:21AM

 6 company?                                                  10:28:22AM

 7      A    Yes.                                            10:28:22AM

 8      Q    And you lost probably in excess of three        10:28:23AM

 9 million dollars in those two companies?                   10:28:23AM

10      A    Yes.                                            10:28:24AM

11      Q    Ultimately you decided to go back into the      10:28:24AM

12 practice of medicine, and you decided you were not        10:28:25AM

13 going to work at hospitals because they wanted you to     10:28:26AM

14 be on call.                                               10:28:27AM

15      A    Right.                                          10:28:27AM

16      Q    And on top of losing more than three million    10:28:28AM

17 dollars, you have decided to pay back in excess of        10:28:29AM

18 probably two million dollars, a million to private        10:28:30AM

19 investors and perhaps another million to corporate        10:28:31AM

20 investors?                                                10:28:32AM

21      A    Yes.                                            10:28:32AM

22      Q    That's a lot of money in line.                  10:28:33AM

23      A    Yes.  That's why I will be working until I'm    10:28:34AM

24 at least 80, 82 years of age.  But I enjoy it also.  It   10:28:35AM

25 keeps me from getting into more trouble.                  10:28:36AM
```

49

| | | | |
|---|---|---|---|
| 1 | Q | Let's talk about your opportunity to repay | 10:28:37AM |

1    Q    Let's talk about your opportunity to repay        10:28:37AM

2 some of these investors.  You were going back into        10:28:38AM

3 medicine to pay back roughly two million dollars?        10:28:39AM

4    A    Whatever I could.  I know I'll probably never        10:28:40AM

5 be able to pay the total, but I'll pay in good faith,        10:28:41AM

6 you know, some back.        10:28:42AM

7    Q    Who are the people that you are paying back        10:28:43AM

8 during this time frame?        10:28:44AM

9    A    Friends who knew me.        10:28:44AM

10    Q    Did you have the opportunity to pay back the        10:28:45AM

11 corporate investors?        10:28:46AM

12    A    Yes.  I'm still paying back Sun Trust bank, I        10:28:46AM

13 paid back Landmark, I have paid back a few others.        10:28:47AM

14 Yeah.        10:28:48AM

15    Q    In what form do you pay back the corporate        10:28:48AM

16 investors?  Is it because you entered into a pay back        10:28:49AM

17 agreement?        10:28:51AM

18    A    Well, I signed a guarantee on the -- when we        10:28:51AM

19 got loans to build.  He went into bankruptcy, so they        10:28:52AM

20 couldn't do anything.        10:28:53AM

21    Q    But did you actually enter into repayment        10:28:54AM

22 plans with the corporate investors?        10:28:54AM

23    A    No.  Oh, the corporate.  I talked to them and        10:28:55AM

24 we -- what we did was, we mediated the amount, what it        10:28:56AM

25 was really worth at that time and what we put down and        10:28:58AM

54

```
 1  there.  They have a two-family house.  And we're the      10:34:22AM

 2  best of friends.  I know them 15 years.  And they say,    10:34:24AM

 3  you don't have to pay us, we are big people.  I said      10:34:28AM

 4  no, I'm going to pay you.                                 10:34:31AM

 5      Q    So let's go forward in time, if I may.  All      10:34:34AM

 6  of this happened before you went back into the practice   10:34:39AM

 7  of medicine in 2007?                                      10:34:42AM

 8      A    Yes.                                             10:34:44AM

 9      Q    So this is really what led up to your going      10:34:45AM

10  back to practice medicine, in part?                       10:34:48AM

11      A    Well, I volunteered while I was doing this.      10:34:51AM

12  I still was volunteering at the time at the Health        10:34:53AM

13  Department, Senior Friendship, things like that.          10:34:56AM

14           I tried to set up a clinic at the Salvation      10:34:59AM

15  Army for a while, but we had problems getting drugs to    10:35:03AM

16  give to these people.                                     10:35:08AM

17           I volunteered, we set up, you know, to help      10:35:10AM

18  these people.  And I still want to do that when I get     10:35:13AM

19  through with this, if I can figure out how got drugs to   10:35:17AM

20  them.  I don't mean narcotics.  Blood pressure, all       10:35:20AM

21  these other things.                                       10:35:23AM

22      Q    Let's talk about the year 2007 when you          10:35:24AM

23  decided to go back into the practice of medicine.         10:35:27AM

24      A    Yes.                                             10:35:29AM

25      Q    After you decided not to work with the two       10:35:29AM
```

60

1    A    Yes.                                                      10:41:15AM

2    Q    -- which ended up being a pill mill?                     10:41:15AM

3    A    Yes.  By my definition.                                  10:41:18AM

4    Q    Wasn't it a red flag that the Health and Pain            10:41:22AM

5 Clinic was actually owned and run by acupuncturists?             10:41:26AM

6    A    I asked if that was legal, and I called the              10:41:30AM

7 Board of Health, and they said yes, it's legal.                  10:41:38AM

8    Q    How many patients a day do you think were                10:41:43AM

9 going through the Health and Pain Clinic while you were          10:41:45AM

10 there during those eight months?                                10:41:47AM

11   A    At least -- at least 40.  35, 40.                        10:41:54AM

12   Q    That's a lot.                                            10:41:58AM

13   A    Yeah, it's a lot, and that's why my hours                10:41:58AM

14 were crazy.  Because I didn't -- see, they would turn           10:42:02AM

15 them over every ten minutes or something, and I used to         10:42:07AM

16 spend twenty, so I started earlier.  Before I came they         10:42:13AM

17 started at nine, then we started at eight and we went           10:42:18AM

18 late.                                                           10:42:22AM

19   Q    But ultimately during this eight months it               10:42:23AM

20 was only you and another doctor that could write               10:42:25AM

21 prescriptions for all of these patients?                        10:42:29AM

22   A    Yes.  Yes.                                               10:42:31AM

23   Q    That's a position -- that's an interesting               10:42:32AM

24 position for you.                                               10:42:35AM

25   A    Right.  But I did, I must say, I did better              10:42:36AM

61

1  than all the others.  I spent more time with them.  I      10:42:52AM

2  tried to change -- I took care of what their problems      10:42:53AM

3  were.  And then when I left, Kathy told them where I      10:42:54AM

4  was going --                                              10:42:55AM

5      Q      Told the patients?                             10:42:56AM

6      A      Yeah.  And they asked for me and they came.    10:42:56AM

7  I mean, the patients left, came -- there were a lot of   10:42:59AM

8  people coming up to Tampa -- that should have been the   10:43:06AM

9  red flag -- from Sarasota to get their medicines and     10:43:11AM

10 not seeing someone in the Sarasota/Bradenton area.       10:43:14AM

11          And I never thought of it even asking them.     10:43:17AM

12          Now, in retrospect, it's easy being a Monday    10:43:21AM

13 morning quarterback than at the time, to be honest with  10:43:25AM

14 you.  And I initially -- I built a big practice.         10:43:28AM

15     Q      Because when you left the Health and Pain      10:43:34AM

16 Clinic and opened up Above and Beyond, the patients      10:43:36AM

17 from the Health and Pain Clinic followed you to Above    10:43:40AM

18 and Beyond?                                              10:43:43AM

19     A      Yeah.  Since I was opening -- and the reason   10:43:44AM

20 I opened in Clearwater, one of the doctors here had an   10:43:46AM

21 office, an internist, right across from the airport      10:43:50AM

22 because he did pilot exams.                              10:43:54AM

23          Then he got an office right in the airport.     10:43:58AM

24 So he said to me -- I was talking to him, because I      10:44:02AM

25 used to do consults for him here in infectious disease.  10:44:05AM

62

| | | | |
|---|---|---|---|
| 1 | | He says, my office is available.  It's all | 10:44:10AM |
| 2 | | up.  All I have to do is walk in and take it.  So I | 10:44:13AM |
| 3 | | took his office across from St. Pete airport off | 10:44:16AM |
| 4 | | Roosevelt, I had an office.  I didn't have to go | 10:44:20AM |
| 5 | | looking and everything, and I walked in it, was all set | 10:44:24AM |
| 6 | | up. | 10:44:27AM |
| 7 | Q | It was an easy transition? | 10:44:27AM |
| 8 | A | Yes, and the patients started coming. | 10:44:29AM |
| 9 | Q | That was great -- | 10:44:31AM |
| 10 | A | Yeah. | 10:44:32AM |
| 11 | Q | -- because you automatically had a practice? | 10:44:33AM |
| 12 | A | Yeah. | 10:44:35AM |
| 13 | Q | And the practice name was Above and Beyond? | 10:44:36AM |
| 14 | A | That's what I got.  My son came up with the | 10:44:39AM |
| 15 | | name -- who's a graphic designer.  He said, Dad, you do | 10:44:42AM |
| 16 | | more than pain medicine.  You take care of the whole | 10:44:46AM |
| 17 | | patient.  Use the name, plus if you have ever want to | 10:44:49AM |
| 18 | | advertise in the yellow pages you will be number one, | 10:44:53AM |
| 19 | | A.  He thought of all of these things. | 10:44:56AM |
| 20 | Q | How many patients from the Health and Pain | 10:45:01AM |
| 21 | | Clinic followed you to Above and Beyond? | 10:45:03AM |
| 22 | A | At least three hundred. | 10:45:09AM |
| 23 | Q | That's great. | 10:45:11AM |
| 24 | A | (Indicating.) | 10:45:17AM |
| 25 | Q | How far away from the Health and Pain Clinic | 10:45:17AM |

63

1  did you open up your practice?                          10:45:20AM

2       A     They were in Tampa and I was in Clearwater.  10:45:22AM

3       Q     What's the distance between those two?       10:45:25AM

4       A     Ten miles.  And they liked the way I         10:45:27AM

5  practiced.  They liked that I took care of their blood  10:45:31AM

6  pressure, their diabetes, they didn't have to go to     10:45:35AM

7  multiple -- they liked that I sat and talked to them    10:45:38AM

8  and explained things to them and examined them, which   10:45:41AM

9  no one did ever before.                                 10:45:45AM

10      Q     How long after you opened up Above and        10:45:48AM

11 Beyond, which essentially was in competition with       10:45:50AM

12 Health and Pain Clinic, right?                          10:45:54AM

13      A     Yeah, yeah.                                   10:45:56AM

14      Q     How long after you opened up Above and Beyond 10:45:58AM

15 did Health and Pain get shut down?                      10:46:00AM

16      A     Several years.                                10:46:03AM

17      Q     But during that time frame you were able to   10:46:05AM

18 pick up about 300 patients from them?                   10:46:07AM

19      A     Yes.                                          10:46:10AM

20      Q     Still talking about the Health and Pain       10:46:11AM

21 Clinic for a moment, when you were at the Health and    10:46:17AM

22 Pain Clinic, that was your first opportunity to work in 10:46:20AM

23 the pain management field.                              10:46:25AM

24      A     Yes.                                          10:46:28AM

25      Q     That's where you saw the business model?      10:46:28AM

64

```
 1      A     Yes.                                    10:46:30AM

 2      Q     That's where you saw how pain management is   10:46:31AM

 3 run?                                                10:46:33AM

 4      A     Yes.                                    10:46:34AM

 5      Q     Let's talk about the patients at the Health   10:46:34AM

 6 and Pain Clinic.  What was being done to screen those   10:46:36AM

 7 patients?                                           10:46:40AM

 8      A     I don't know.  They just sent them in for me   10:46:41AM

 9 to see.  I didn't handle any of that.  You see, I had   10:46:44AM

10 nothing to do with that.  They were ongoing patients   10:46:47AM

11 that were seen, et cetera, et cetera, and I don't know   10:46:51AM

12 what type of screening they did.                    10:46:57AM

13      Q     So --                                   10:47:00AM

14      A     Not like I do.                          10:47:01AM

15      Q     Well, at least not like you do after you left   10:47:03AM

16 Health and Pain Clinic?                             10:47:06AM

17      A     Yes, right.  Right.  I don't know what they   10:47:08AM

18 did.  The acupuncturists, maybe, screened them.  I   10:47:09AM

19 don't know.  They would never give me an answer.   10:47:13AM

20      Q     But during the eight months that you worked   10:47:16AM

21 at the Health and Pain Clinic, you would see roughly 40   10:47:18AM

22 patients on each day that you worked?               10:47:22AM

23      A     Yeah, I would -- I would see at least 32.   10:47:26AM

24 30, 32.  Sometimes more.  I didn't see as many as other   10:47:36AM

25 docs.  That's why they were yelling at me.          10:47:43AM
```

65

1      Q      Fair enough.  Fair enough.  Now, when you see      10:47:46AM

2  the patient the goal for you while working at the            10:47:48AM

3  Health and Pain Clinic would have been to write their        10:47:51AM

4  prescription, because it was only you and another            10:47:54AM

5  doctor that had the authority to do that?                    10:47:56AM

6      A      Right.                                            10:47:59AM

7      Q      So when you wrote a prescription for this         10:47:59AM

8  patient, was it generally a narcotic?                        10:48:02AM

9      A      It was -- in fact, they were pre-written by       10:48:07AM

10 the nurse and -- but I checked it and signed it.             10:48:12AM

11         And see, they got annoyed when it they would         10:48:17AM

12 come back out, there would an antihypertensive, an           10:48:21AM

13 antibiotic, some had reflux disease medicine, and other      10:48:24AM

14 things.                                                      10:48:32AM

15     Q      So I can understand, when you saw these 38 to     10:48:33AM

16 40 patients each day that you worked, the prescriptions      10:48:37AM

17 would actually already be written out for the narcotic       10:48:40AM

18 before it came to you?                                       10:48:44AM

19     A      Yeah.  And they didn't like, many times I         10:48:45AM

20 changed it because I didn't like what they wrote.            10:48:48AM

21     Q      You would actually add other medications to       10:48:52AM

22 it?                                                          10:48:54AM

23     A      And I would change even, sometimes, the           10:48:54AM

24 narcotics when I thought they needed a different one or      10:48:56AM

25 less amount.                                                 10:49:14AM

69

1    A    Yeah.                                            10:52:19AM

2    Q    -- move in chronological order so I can         10:52:19AM

3 understand it.                                           10:52:23AM

4    A    Yeah.  Yeah.                                     10:52:23AM

5    Q    Talking about Health and Pain Clinic, seeing    10:52:25AM

6 32 patients a day with the prescriptions for narcotics  10:52:27AM

7 already written out by a secretary essentially,         10:52:32AM

8 right --                                                 10:52:36AM

9    A    A nurse or secretary, whoever.                   10:52:36AM

10   Q    -- did the person who wrote that prescription   10:52:39AM

11 have the authority to prescribe narcotics?             10:52:42AM

12   A    No.                                              10:52:44AM

13   Q    And then --                                      10:52:45AM

14   A    That's why I would check it.                     10:52:46AM

15   Q    And then the prescription comes to you and      10:52:48AM

16 you look at it.  Did you review 32 separate charts each 10:52:50AM

17 time?                                                   10:52:58AM

18   A    Each time they came I would review -- see, it   10:52:58AM

19 was difficult initially, but then when I changed them  10:53:03AM

20 they would copy what I wrote the month before.         10:53:07AM

21        And what I asked them to do, save me time and   10:53:10AM

22 write in their names, their birth date, today's date,  10:53:15AM

23 the address on it, and I'll fill in the rest.  It saves 10:53:19AM

24 time if you write that in, because writing scripts can 10:53:25AM

25 take ten minutes.                                       10:53:30AM

76

1   honest -- I have a very high pain tolerance.  I sit and          11:00:44AM

2   have the dentist drill on me without taking an                   11:00:51AM

3   injection.  Most people need numbing.  I have had teeth          11:00:55AM

4   pulled without anything.  Everyone is different.                 11:00:59AM

5   Everybody responds -- half of pain is in your mind.              11:01:04AM

6       Q    When you worked at the Health and Pain Clinic           11:01:08AM

7   what did you, as a doctor who was actually writing               11:01:10AM

8   these prescriptions, what did you do to screen these             11:01:13AM

9   patients?                                                        11:01:17AM

10      A    I did no screening.  I was not allowed.  My             11:01:18AM

11  job was to see -- when they started getting some new            11:01:23AM

12  patients, then I did a complete head to toe exam, which         11:01:31AM

13  they didn't like.  Took too much time.                          11:01:37AM

14           I would I evaluate the MRI, I would write out          11:01:40AM

15  the treatment plan, you see.                                    11:01:45AM

16           After a while, I think they used to shove all          11:01:52AM

17  the new patients to the other doctor on the days he was         11:01:55AM

18  there, not to me.                                               11:01:59AM

19      Q    When you were working at the Health and Pain           11:02:00AM

20  Clinic for this eight months, what did you do to                11:02:01AM

21  determine whether these patients were seeing other             11:02:06AM

22  practitioners to get similar prescription requests?            11:02:11AM

23      A    All you had to do was ask them.  We didn't            11:02:17AM

24  have E-Forcse then that you could check.  And E-Forcse          11:02:20AM

25  is not enforced, only in Sarasota and Manatee counties.         11:02:24AM

125

1  infectious disease, to standardize pain management.  I        1:11:05PM

2  started with this script thing I showed you.  I want          1:11:09PM

3  protocols written.                                            1:11:13PM

4      Q    So that's how you have become so methodical          1:11:14PM

5  about screening your patients?                                1:11:18PM

6      A    Yes.  Yes.  I still have research interests.         1:11:20PM

7  I'm in a new field and I'm learning how can I                 1:11:28PM

8  contribute.  I don't want to do something that I can't        1:11:32PM

9  contribute to.  I don't like being a follower.  I want        1:11:34PM

10 to be a leader in the sense that I'm doing the right          1:11:39PM

11 thing.                                                        1:11:42PM

12     Q    Let's go -- go forward with this list.  Do           1:11:43PM

13 you agree that patients who are addicted to pain              1:11:47PM

14 medication may have a propensity to lie to you about          1:11:52PM

15 their history so that they can continue to receive this       1:11:56PM

16 pain medication?                                              1:11:59PM

17     A    Some will and some won't.  A lot of them --          1:12:03PM

18 you got to be careful with the word "addicted."  A lot        1:12:06PM

19 of them don't want it.  They take it because it enables       1:12:11PM

20 them to work.                                                 1:12:15PM

21          I have patients who take it only Monday              1:12:15PM

22 through Friday while they're working, and they get off        1:12:18PM

23 it on Saturday and Sunday.                                    1:12:22PM

24     Q    Let me restate my question then.  Is it true        1:12:25PM

25 that patients who abuse --                                    1:12:30PM

126

| 1 | A | That's better. | 1:12:34PM |
| 2 | Q | -- pain medication -- | 1:12:35PM |
| 3 | A | Will lie. | 1:12:36PM |
| 4 | Q | -- have a propensity to lie? | 1:12:37PM |
| 5 | A | Yes. | 1:12:39PM |
| 6 | Q | Why? | 1:12:40PM |
| 7 | A | They want to make sure they get their | 1:12:41PM |

8 medicine.                                                     1:12:43PM

9       Q    Does this screening process that you have     1:12:45PM

10 created for new patients help you weed out patients who    1:12:47PM

11 abuse pain medication?                                      1:12:53PM

12      A    It helps me reduce it.  Does it reduce it a     1:12:55PM

13 hundred percent?  No.  But it reduces it, I would say,      1:13:00PM

14 about 75 percent.  So yes, there's 25 percent slipping      1:13:03PM

15 through my fingers, but it's better than a hundred          1:13:12PM

16 percent.                                                    1:13:16PM

17      Q    And certainly 25 percent may slip through        1:13:16PM

18 your fingers, but at least when they went through your      1:13:20PM

19 criteria they probably had a clean arrest record or        1:13:23PM

20 background record?                                          1:13:27PM

21      A    Yes.  Yes.                                        1:13:28PM

22      Q    They probably had clean MRI scans?               1:13:29PM

23      A    Yes.                                              1:13:32PM

24      Q    They gave you a good explanation --             1:13:33PM

25      A    And they had positive physical findings on      1:13:35PM

166

| | | |
|---|---|---|
| 1 | Q    Can we agree that under Florida law -- | 2:10:54PM |
| 2 | A    Yes.  Period. | 2:10:58PM |
| 3 | MR. KLEPETKO:  Let him finish the question. | 2:10:59PM |
| 4 | THE WITNESS:  Okay. | 2:11:02PM |
| 5 | BY MR. STERN: | 2:11:03PM |
| 6 | Q    Can we agree that under Florida law any | 2:11:04PM |
| 7 | pharmacist, including a Walgreen's pharmacist, has the | 2:11:06PM |
| 8 | right to refuse to fill a prescription? | 2:11:10PM |
| 9 | A    Yes. | 2:11:14PM |
| 10 | Q    The pharmacist can use his or her | 2:11:15PM |
| 11 | professional judgment when filling a prescription, and | 2:11:17PM |
| 12 | when the pharmacist determines that, in their | 2:11:21PM |
| 13 | professional judgment, the prescription should not be | 2:11:24PM |
| 14 | filled the pharmacist has the right to not fill the | 2:11:28PM |
| 15 | prescription.  Do you agree? | 2:11:31PM |
| 16 | A    Yes. | 2:11:33PM |
| 17 | Q    However you, for your own personal reasons, | 2:11:34PM |
| 18 | disagree with that law? | 2:11:39PM |
| 19 | A    I have -- I disagree.  I don't think | 2:11:41PM |
| 20 | pharmacists have the knowledge to refuse.  I think | 2:11:44PM |
| 21 | where they have the right to refuse, and they should | 2:11:47PM |
| 22 | call the doctor, if you, for example, have -- and most | 2:11:49PM |
| 23 | patients, they have a file with their drug history, | 2:11:56PM |
| 24 | there's a drug interaction, let's say, I didn't think | 2:11:59PM |
| 25 | of.  I thank them. | 2:12:03PM |

167

1          If they have a question, why not call the            2:12:04PM

2   pharmacy -- the doctor and have a relation and talk?         2:12:07PM

3   Shouldn't we be working together as a team to help that     2:12:11PM

4   patient?                                                     2:12:16PM

5          I've offered them to come into my practice           2:12:17PM

6   and sit down and talk to me, spend the day with me,         2:12:19PM

7   couple hours, see how I practice, and don't make            2:12:23PM

8   judgments.                                                   2:12:26PM

9          Do they have the right to refuse every               2:12:27PM

10  patient of mine?  You mean every patient of mine is not     2:12:30PM

11  qualified to get pain medicine?  That's a little            2:12:33PM

12  lopsided, in my mind.                                       2:12:36PM

13    Q     They have the legal authority to do that,           2:12:38PM

14  correct?                                                     2:12:40PM

15    A     Yes.  Yes.  They have the legal -- based on         2:12:41PM

16  the law, but isn't there something wrong how they won't     2:12:43PM

17  fill any of my patients?                                     2:12:49PM

18    Q     Certainly, the facts surrounding that               2:12:51PM

19  decision come into play.  For example --                    2:12:55PM

20    A     What facts?                                          2:12:58PM

21    Q     I will give you a good one.  When you worked        2:12:59PM

22  for the Health and Pain clinic --                            2:13:02PM

23    A     I never had a problem back then.  Never.           2:13:04PM

24    Q     But it was a pill mill, right?                      2:13:07PM

25    A     I think it was.  Not initially, I didn't           2:13:10PM

171

```
1      Q     Well, let's --                          2:17:13PM

2      A     In all honesty, I really don't know.    2:17:14PM

3      Q     Let's back up for a second.  We know that you   2:17:16PM

4  are familiar with the term pill mill, right?      2:17:21PM

5      A     Initially not, until one of the patients   2:17:23PM

6  brought it up to me.                              2:17:25PM

7      Q     As we sit here today you are familiar with   2:17:28PM

8  it?                                               2:17:31PM

9      A     Oh, yeah.                               2:17:32PM

10     Q     So if somebody were to accuse you of running   2:17:33PM

11 a pill mill, would you understand what that means?   2:17:36PM

12     A     Today I would consider it that you could get   2:17:39PM

13 anything you wanted from the doctor, long as you paid   2:17:42PM

14 your money.                                       2:17:45PM

15     Q     Was that always your understanding?     2:17:45PM

16     A     Yeah, more or less.  That's what I thought it   2:17:48PM

17 was.  You could get the pills.  They sold it to you on   2:17:51PM

18 the premise.  They had their own pharmacies, which I   2:17:55PM

19 don't and never did, and whatever you asked for they   2:18:00PM

20 would give you.  There was no limit to the number they   2:18:04PM

21 would write.                                      2:18:07PM

22     Q     Well, the Health and Pain Clinic did not have   2:18:08PM

23 its own pharmacy, we agree?                       2:18:10PM

24     A     Yes.                                    2:18:13PM

25     Q     But still, in your mind it was defined as a   2:18:13PM
```

174

1   pushing, nutrition and exercise.                    2:20:19PM

2       Q    Dr. LeFrock how long, for how many years    2:20:21PM

3   have you been in the pain management business?       2:20:24PM

4       A    Let's say six years for sure.               2:20:29PM

5       Q    In those six years, is it your testimony that 2:20:32PM

6   you don't know what has happened with the pill mill  2:20:34PM

7   industry?                                            2:20:38PM

8       A    I know what has happened.  They passed a law. 2:20:39PM

9   But I didn't know before, what pill mills were.      2:20:42PM

10      Q    Dr. LeFrock, I'm asking about now,          2:20:45PM

11  respectfully.                                        2:20:47PM

12      A    Right now they have been -- I don't know pill 2:20:48PM

13  mills because I think they have been all shut down by 2:20:51PM

14  the state and the new regulations.                   2:20:55PM

15           You can't have a pharmacy any more, you have 2:20:57PM

16  to be a doctor to own it.  I mean, I think they      2:21:01PM

17  inspect -- the inspectors come in and make sure you're 2:21:05PM

18  not writing excessive amounts.  You can't do it or   2:21:08PM

19  you'll lose your license.                            2:21:12PM

20      Q    Have you heard that Clearwater and the      2:21:13PM

21  Sarasota/Tampa area were ground zero for the pill mill 2:21:15PM

22  industry in the entire United States?                2:21:19PM

23      A    Sarasota wasn't.  It was Tampa and Miami.   2:21:21PM

24      Q    Tampa was?                                  2:21:25PM

25      A    Tampa was one of them, and so was Miami.    2:21:26PM

177

1  illegal things.  They see my practice.  They have been                2:23:54PM

2  around, and they don't bother me.  They know I run a                   2:23:59PM

3  clean, honest practice.                                                2:24:04PM

4           In fact, when they tried to move me out of                    2:24:06PM

5  the other place, the landlord, they said to him he's                   2:24:09PM

6  not doing anything wrong, et cetera.                                   2:24:13PM

7           So I mean, they have been -- they have been                   2:24:22PM

8  fine with me.  They come in and they check, the                        2:24:24PM

9  commission -- the inspectors come in and they check,                   2:24:28PM

10 and there is nothing that I know of.                                   2:24:31PM

11          I've never been investigated and no one has                   2:24:34PM

12 asked me for anything.                                                 2:24:37PM

13    Q    Dr. LeFrock, did there come a point in time                    2:24:39PM

14 where a number of your patients told you that they                     2:24:42PM

15 tried to get prescriptions filled at Walgreen's and                    2:24:46PM

16 they would not be filled?                                              2:24:49PM

17    A    Yes.                                                           2:24:50PM

18    Q    And in response to that, what did you do?                      2:24:52PM

19    A    I went and tried to talk to them.  I brought                   2:24:57PM

20 forms.  They wouldn't talk to me.                                      2:25:00PM

21    Q    "They" being Walgreen's?                                       2:25:02PM

22    A    Yes.  The pharmacists.                                         2:25:04PM

23    Q    Did there come a point in time where you                       2:25:05PM

24 asked these particular patients to complete affidavits?               2:25:08PM

25    A    Yes.                                                           2:25:11PM

179

1  personally speak with the Walgreen's representatives in    2:26:41PM

2  relation to these statements you're making, or was this    2:26:44PM

3  told to you?    2:26:48PM

4      A    Yes.  I did -- I also spoke to some of    2:26:48PM

5  Walgreen's and they denied it.    2:26:52PM

6      Q    Let's stop for a second.  Dr. LeFrock, you    2:26:53PM

7  have just testified that certain Walgreen's    2:26:56PM

8  representatives made, representatives made statements,    2:26:59PM

9  right?    2:27:03PM

10     A    Right.    2:27:04PM

11     Q    And you said that those were derogatory    2:27:04PM

12 statements about you, right?    2:27:07PM

13     A    Right.  Yes.    2:27:08PM

14     Q    Did those employees or representatives make    2:27:09PM

15 statements to you individually standing next to each    2:27:12PM

16 other --    2:27:15PM

17     A    No.    2:27:16PM

18     Q    -- or -- that's what I was asking.    2:27:16PM

19     A    No.  I wasn't there when they made the    2:27:19PM

20 statements.  Patients came --    2:27:21PM

21     Q    That's what I was asking.    2:27:23PM

22     A    But then when I heard so many, I picked two    2:27:24PM

23 of my friends who Bucky here knows, and I sent them    2:27:26PM

24 around.  I wanted to see, are these patient lying?    2:27:35PM

25     Q    What are the names of your friends?    2:27:38PM

186

```
 1      A    To get rid of -- to discharge her.  She        2:34:22PM
 2 was -- when I start -- little things each time           2:34:27PM
 3 happened, and I put it together and I got rid of her.    2:34:31PM
 4      Q    The people whose names I've just listed are    2:34:35PM
 5 people who you had create affidavits in this case.       2:34:38PM
 6      A    Right.                                         2:34:42PM
 7      Q    There are actually three more people.          2:34:43PM
 8      A    Yes.                                           2:34:46PM
 9      Q    Brian Apuli?                                   2:34:47PM
10      A    Yes, he just left my practice because he was   2:34:48PM
11 having financial -- he went -- he's gone now, and last   2:34:54PM
12 month to one doctor who took insurance he didn't like,   2:34:59PM
13 now he went to another.  He called saying, would you     2:35:02PM
14 take me back.                                            2:35:05PM
15           I said sure I would take you back.  He's a     2:35:06PM
16 good patient.  I didn't let him go.  He couldn't afford  2:35:09PM
17 to pay, and with his insurance he went to someone who    2:35:14PM
18 would take insurance.                                    2:35:19PM
19      Q    The next one is Scott Cleveland.               2:35:20PM
20      A    I discharged him.                              2:35:22PM
21      Q    Why?                                           2:35:23PM
22      A    I discharged him because he was doctor         2:35:24PM
23 shopping and he was selling medicine to kids.  He        2:35:27PM
24 referred baseball games, and I got some information      2:35:33PM
25 through cops and everything that he was selling to       2:35:39PM
```

187

1  these kids.  I discharged him for the doctor shopping          2:35:42PM

2  and then I found out --                                        2:35:48PM

3      Q    And how long was Scott Cleveland your                 2:35:50PM

4  patient?                                                       2:35:52PM

5      A    About a year or so.                                   2:35:52PM

6      Q    The next one is Dina King.                            2:35:56PM

7      A    She's been -- her and her husband, Ryan King,         2:35:59PM

8  are patients of mine several years, two to three at            2:36:03PM

9  least.                                                         2:36:08PM

10         I just took her -- she delivered twins,                2:36:09PM

11 through with pain pills and everything, and the babies         2:36:14PM

12 were fine and everything.  She's excellent.                    2:36:16PM

13     Q    Now, out of any of these people that I have           2:36:20PM

14 identified --                                                  2:36:23PM

15     A    Yeah.                                                  2:36:24PM

16     Q    -- who you have produced as affidavits in             2:36:24PM

17 this case --                                                   2:36:29PM

18     A    Right.                                                2:36:30PM

19     Q    -- are any of these people drug shopping or           2:36:31PM

20 drug seeking?                                                  2:36:37PM

21     A    No, no.                                               2:36:39PM

22         MR. KLEPETKO:  Wait a minute.  Did you                 2:36:40PM

23     testify that you discharged --                             2:36:41PM

24         THE WITNESS:  Oh the ones I told, the other            2:36:45PM

25     ones.                                                      2:36:47PM

188

| | |
|---|---|
| 1 | MR. KLEPETKO:  I believe the question has | 2:36:47PM |
| 2 | been asked and answered. | 2:36:48PM |
| 3 | BY MR. STERN: | 2:36:49PM |
| 4 | Q    Well, let me restate the question. | 2:36:50PM |
| 5 | A    Yeah. | 2:36:52PM |
| 6 | Q    I'm going to give you the whole list of | 2:36:52PM |
| 7 | names.  You have produced affidavits from the following | 2:36:55PM |
| 8 | people:  Michael Bean, Mahlon Care, Cindy Dorman, James | 2:37:00PM |
| 9 | Hamblin, Erik Kirby, Thomas O'Callaghan, Crystal | 2:37:09PM |
| 10 | Rivera, Brian Apuli, Scott Cleveland, and Dina King. | 2:37:18PM |
| 11 | Out of that entire list, which ones did you | 2:37:27PM |
| 12 | discharge because they were either doing something | 2:37:30PM |
| 13 | illegally or drug seeking? | 2:37:32PM |
| 14 | A    Crystal Rivera and Scott Cleveland. | 2:37:35PM |
| 15 | Q    And how did you discover that Crystal Rivera | 2:37:42PM |
| 16 | was doing something illegal with respect to pain | 2:37:47PM |
| 17 | medication? | 2:37:49PM |
| 18 | A    Somebody who brought her from Tampa drove | 2:37:52PM |
| 19 | her, my secretary overheard some conversations.  Her | 2:37:57PM |
| 20 | license didn't match.  Your license now -- at one time | 2:38:02PM |
| 21 | she was living in Sarasota, but her husband went up to | 2:38:10PM |
| 22 | Tampa to work so she was living there and -- but she | 2:38:14PM |
| 23 | was living there almost a year.  You have to change, | 2:38:19PM |
| 24 | and she didn't change. | 2:38:22PM |
| 25 | And where she was living I found out, in the | 2:38:24PM |

189

1  apartment she rented in that complex, there was a lot      2:38:29PM

2  of drug dealing going on.  And I spoke to the police       2:38:33PM

3  about it, and they said there is.                          2:38:36PM

4           You know, patients talk, people -- you hear       2:38:40PM

5  word of mouth, and I checked it out.  I don't jump the     2:38:43PM

6  gun.  I want to verify before -- I don't want to           2:38:46PM

7  falsely accuse someone.                                    2:38:50PM

8           And she just -- she got arrested just             2:38:52PM

9  recently on paraphernalia and prostitution and             2:38:54PM

10 everything, after I had discharged her four months ago.    2:39:00PM

11 She's probably sitting in the slammer now.  That's why     2:39:04PM

12 you couldn't reach her.                                    2:39:07PM

13     Q    And with respect to Scott Cleveland, how did      2:39:08PM

14 you --                                                     2:39:10PM

15     A    Oh, I --                                          2:39:11PM

16     Q    Dr. LeFrock?                                      2:39:12PM

17     A    Oh.                                               2:39:13PM

18     Q    I'm sorry.  How did you discover that Scott       2:39:13PM

19 Cleveland, while under your care, was selling drugs to     2:39:15PM

20 children?                                                  2:39:18PM

21     A    First I had heard some comments from other        2:39:23PM

22 people.  When you hear comments, you go looking.           2:39:25PM

23          Then I looked on E-Forcse.  It came in -- he      2:39:31PM

24 was just on the border when E-Forcse came in and that      2:39:35PM

25 he was doctor shopping.  We picked it up.  Then I          2:39:39PM

| | | |
|---|---|---|
| 1 | called the police, the local police, and they said it | 2:39:47PM |
| 2 | was true, and they picked him up.  That's how I heard. | 2:39:49PM |
| 3 | MR. STERN:  Let's switch the tape. | 2:39:57PM |
| 4 | VIDEOGRAPHER:  The time is 2:40.  We are | 2:39:59PM |
| 5 | going off the record. | 2:40:03PM |
| 6 | (There was a discussion off the record.) | 2:42:22PM |
| 7 | VIDEOGRAPHER:  The time is now 2:44 p.m. | 2:44:41PM |
| 8 | We are back on the record.  This is the | 2:44:42PM |
| 9 | beginning of tape 5. | 2:44:45PM |
| 10 | BY MR. KLEPETKO: | 2:44:46PM |
| 11 | Q    Dr. LeFrock, just continuing on with our | 2:44:47PM |
| 12 | discussion regarding the individuals that completed | 2:44:49PM |
| 13 | affidavits, there is one person that I don't believe I | 2:44:53PM |
| 14 | listed.  His name is Dwayne Rowell, R-O-W-E-L-L? | 2:44:56PM |
| 15 | A    Yes. | 2:45:01PM |
| 16 | Q    And how long was Mr. Rowell your patient? | 2:45:01PM |
| 17 | A    For several years. | 2:45:07PM |
| 18 | Q    Is he still your patient? | 2:45:09PM |
| 19 | A    No. | 2:45:10PM |
| 20 | Q    Why not? | 2:45:11PM |
| 21 | A    I think I let him go because he was by | 2:45:13PM |
| 22 | definition, doctor shopping.  He was taking medicines, | 2:45:20PM |
| 23 | if I recall, to get off the pain pills and still taking | 2:45:24PM |
| 24 | pain pills. | 2:45:32PM |
| 25 | And his mother was a patient he brought for a | 2:45:34PM |

219

```
 1          Now, if you -- and I have spoken to         3:15:51PM
 2 pharmacists that I know.  They don't like to take when   3:15:56PM
 3 people come from one pharmacy to another, jump around.    3:16:00PM
 4     Q    But when a patient leaves your office and       3:16:04PM
 5 goes to another doctor --                                 3:16:06PM
 6     A    That's something else, because they see they    3:16:08PM
 7 changed doctors.                                          3:16:10PM
 8     Q    Well, that's doctor shopping if they go to --   3:16:11PM
 9     A    No.  If they change.  You can legally change    3:16:13PM
10 doctors.  That's no doctor shopping.                      3:16:15PM
11          Doctor shopping is if you go to two doctors     3:16:16PM
12 for pain pills in the same month.  If you change -- a     3:16:20PM
13 patient can come one month to me, go to another doctor    3:16:23PM
14 next month, the following month back to me.  That's not   3:16:26PM
15 considered doctor shopping.                               3:16:29PM
16          In the same month you are receiving more        3:16:31PM
17 medications than you should.                              3:16:33PM
18     Q    So other than Walgreen's, as you would say,     3:16:34PM
19 not filling your prescriptions, has any other pharmacy    3:16:37PM
20 ever not filled your prescriptions?                       3:16:40PM
21     A    Yes.                                             3:16:42PM
22     Q    Which ones?                                      3:16:43PM
23     A    At times -- at times they didn't have the       3:16:44PM
24 medicines.  Some of the food chains, Target, that they    3:16:47PM
25 don't carry the medicines, the patients on -- Targets,    3:16:57PM
```

220

1  for example, stopped giving out Oxycodone, for example.   3:17:00PM

2          CVS, some have it, some don't.  They fill   3:17:07PM

3  some of the patients.  Others they don't, because they   3:17:12PM

4  don't have the supply.   3:17:14PM

5      Q    So with respect to any --   3:17:16PM

6      A    But they never said anything bad about me,   3:17:17PM

7  either.   3:17:21PM

8      Q    Well, with respect to financial losses that   3:17:22PM

9  you would be claiming in this litigation, are you able   3:17:25PM

10 to claim --   3:17:28PM

11         MR. KLEPETKO:  Objection to the form of the   3:17:29PM

12     question --   3:17:29PM

13     Q    -- any specific pharmacological --   3:17:30PM

14         MR. KLEPETKO:  -- objection to the form of   3:17:32PM

15     the question.  The cause of action is based on   3:17:33PM

16     the libel or slander, which is spoken.  There is   3:17:36PM

17     no obligation to make a case for damages.   3:17:41PM

18         MR. STERN:  Well, there may be no   3:17:46PM

19     obligation to do that, but if it's going to be   3:17:47PM

20     presented at trial I have the right to know what   3:17:50PM

21     it is, because you could arguably be asking for   3:17:52PM

22     that.   3:17:55PM

23         So, Dr. LeFrock, at trial are you going to   3:17:56PM

24     be asking for any financial losses as a result   3:17:59PM

25     of your allegations against Walgreen's?   3:18:03PM

221

```
 1        MR. KLEPETKO:  Object to the form of the      3:18:06PM

 2     question.  The cause of action provides for      3:18:07PM

 3     losses oriented to defamation, and that is a     3:18:12PM

 4     jury determination.                              3:18:16PM

 5        MR. STERN:  Defamation is a jury              3:18:20PM

 6     determination.                                   3:18:21PM

 7        MR. KLEPETKO:  The amount of damages          3:18:22PM

 8     attributable to defamation.                      3:18:24PM

 9  BY MR. STERN:                                       3:18:25PM

10     Q    Dr. LeFrock, are you going to be asking the 3:18:27PM

11  jury to compensate you for any loss of business     3:18:28PM

12  profits?                                            3:18:33PM

13        MR. KLEPETKO:  If you know, at the present    3:18:34PM

14     time.                                            3:18:35PM

15     A    I don't know what exactly I'm going to do.  3:18:38PM

16     Q    Respectfully, this case is at the time for  3:18:41PM

17  trial.                                              3:18:43PM

18     A    It's going to be several things I'm going to 3:18:44PM

19  ask, and we'll decide as we go on.                  3:18:46PM

20     Q    Dr. LeFrock, this is your deposition.  We   3:18:50PM

21  have waited over three years between two litigations to 3:18:51PM

22  take this deposition.  At this point in time, we have a 3:18:55PM

23  trial date with a federal judge.                    3:18:57PM

24     A    Right.                                      3:18:59PM

25     Q    Discovery is about to be completed.  There is 3:18:59PM
```

222

1  no further time to debate this issue.  I'm here to know          3:19:01PM

2  what your damages are and what you are claiming                   3:19:05PM

3  respectfully, and that is my right as a defendant who            3:19:08PM

4  you have sued.                                                    3:19:11PM

5          So I ask you this question:  At trial, will             3:19:12PM

6  you be claiming economic losses, business profit                 3:19:15PM

7  losses.                                                           3:19:19PM

8          MR. KLEPETKO:  The question has been asked               3:19:20PM

9      and answered.  Do you have any other answer to               3:19:22PM

10     give?                                                         3:19:24PM

11         THE WITNESS:  What?                                      3:19:26PM

12         MR. KLEPETKO:  Do you have any other answer              3:19:26PM

13     to give other than what you have stated at the               3:19:27PM

14     present time?                                                 3:19:29PM

15     A    I probably will ask for some, okay?  I                   3:19:31PM

16 probably will ask for some damages, and I probably will          3:19:35PM

17 ask for them to pull patients prescriptions, part of             3:19:38PM

18 the --                                                            3:19:43PM

19     Q    So let's talk about the financial losses that          3:19:47PM

20 you believe you may claim, which I'm clearly entitled            3:19:49PM

21 to discover.                                                      3:19:53PM

22         How are you going to calculate these                     3:19:55PM

23 financial losses so that I can ask for discovery and             3:19:58PM

24 information from you on this topic?  So I can                     3:20:01PM

25 understand.  You see, this is not trial by ambush.  If           3:20:03PM

223

1  you have economic losses and damages, I need to know          3:20:06PM

2  and today is your opportunity.                                3:20:09PM

3      A    I have lost patients, and I have to count up         3:20:11PM

4  the number to verify, number one, as much as to make          3:20:13PM

5  sure the right number.                                        3:20:18PM

6          And my reputation is hurt.  A lot of people           3:20:21PM

7  who may have come to me are not coming to me because I         3:20:24PM

8  can't -- people talk.  One patient said, will tell            3:20:27PM

9  another, don't go to him.  Walgreen's won't fill his          3:20:33PM

10 scripts, stuff like that.                                     3:20:36PM

11     Q    I'm talking only financial losses.  So are           3:20:38PM

12 you able to quantify the amount of money that you will         3:20:40PM

13 be asking the jury to award for financial losses; and         3:20:44PM

14 if so, how are you calculating that?                          3:20:48PM

15     A    The only way I know of calculating that is           3:20:50PM

16 counting the number of people who complained, who went        3:20:53PM

17 to that pharmacy and are no longer with me, who were          3:20:57PM

18 told they won't fill my scripts, and I can count the          3:21:01PM

19 charts.                                                       3:21:06PM

20     Q    And how do you know that these patients              3:21:09PM

21 wouldn't have left your care because perhaps they would        3:21:11PM

22 have moved or perhaps their condition would have              3:21:13PM

23 improved?                                                     3:21:16PM

24     A    Well, they're still in Sarasota.                     3:21:16PM

25     Q    Maybe their condition would have improved and        3:21:19PM

229

1  regulation or a statute.                                    3:26:43PM

2      A    I don't know if it's true, but I assume --        3:26:44PM

3      Q    Understood.  I'm asking under the law, Dr.        3:26:46PM

4  LeFrock, and if you don't know --                          3:26:49PM

5      A    I don't know that answer.                         3:26:50PM

6           MR. KLEPETKO:  Again, we are having               3:26:52PM

7      multiple questions coming out before answers are       3:26:52PM

8      completed by Dr. LeFrock.                              3:26:55PM

9           MR. STERN:  I'm asking for a                      3:26:58PM

10     straightforward answer and respectfully --             3:26:59PM

11          THE WITNESS:  I'm telling you, I don't know       3:27:02PM

12     the answer to the second part.                         3:27:03PM

13 BY MR. STERN:                                              3:27:04PM

14     Q    So I will ask the question again, Dr.             3:27:05PM

15 LeFrock.  First, under Florida law, a pharmacy does not    3:27:06PM

16 have to fill your prescription, you would agree?           3:27:10PM

17     A    Yes.                                              3:27:14PM

18     Q    Under Florida law, a pharmacy does not have       3:27:15PM

19 to give you a reason why they have chosen not to fill      3:27:18PM

20 your prescription.  Do you know the answer to that         3:27:22PM

21 question?                                                  3:27:25PM

22     A    No.  I don't, in all honesty.                     3:27:25PM

23     Q    If a patient of yours goes to a pharmacy,         3:27:33PM

24 your patient has the right to literally go to any other    3:27:35PM

25 pharmacy they choose.  Wouldn't you agree?                 3:27:40PM

238

1  Doctor?                                          3:37:00PM

2      A    I don't.                                3:37:01PM

3      Q    You just testified to it.              3:37:02PM

4      A    But there was no way, there was no record of  3:37:03PM

5  him ever doing it.                               3:37:05PM

6      Q    So there has to be a record before he starts  3:37:07PM

7  selling --                                       3:37:09PM

8      A    Well, how do I know?  How can I -- you can't  3:37:09PM

9  just throw someone out if you can't prove something.  3:37:11PM

10     Q    I'm just trying to establish how you know so  3:37:15PM

11 confidently that in the past three years none of your  3:37:18PM

12 patients were doing anything wrong, because that's what  3:37:21PM

13 you testified to.                                3:37:23PM

14     A    That is a possibility.  No one knows   3:37:25PM

15 unless -- until it happens and you catch them.  You can  3:37:27PM

16 only try your best, is what I'm saying.          3:37:30PM

17     Q    And Dr. LeFrock you are running a concierge  3:37:33PM

18 practice, $200 a month, all the visits you want, and  3:37:35PM

19 it's cash?                                       3:37:41PM

20     A    So what's the difference, cash?  Do you know  3:37:42PM

21 it costs the insurance company more than $200 a month  3:37:46PM

22 when they do it through insurance.               3:37:49PM

23     Q    Wouldn't you agree --                   3:37:52PM

24     A    What's wrong with cash?                 3:37:53PM

25     Q    Wouldn't you agree that pill mills are often  3:37:55PM

239

```
 1  structured on a cash basis?                          3:38:00PM

 2       A    But do pill mills --                       3:38:03PM

 3       Q    Wouldn't you agree with that?              3:38:04PM

 4       A    A lot of them, yes.                        3:38:05PM

 5       Q    And wouldn't you agree that the reason pill 3:38:07PM

 6  mills are structured on a cash basis is because that  3:38:08PM

 7  makes it more difficult to record the transactions?   3:38:12PM

 8       A    Yes.                                        3:38:17PM

 9       Q    That's right.  And wouldn't you agree that  3:38:17PM

10  when your patients go to a pharmacy and pay cash, there 3:38:19PM

11  is no longer a history of that prescription being     3:38:23PM

12  filled through the insurance company?  Through the    3:38:28PM

13  insurance companies, Doctor, wouldn't you agree.      3:38:30PM

14       A    Yes.  But there is a record because E-Forcse 3:38:33PM

15  has them going each month.  And what happens to the   3:38:35PM

16  patient who goes to a concierge internist and gets    3:38:42PM

17  thyroid medicine and pays cash?  Is -- that's okay?  Or 3:38:46PM

18  when antibiotics through cash, that's okay?  Why are  3:38:50PM

19  you singling out a pain pill?                         3:38:54PM

20       Q    I'll explain to you why, and respectfully,  3:38:57PM

21  because there is a history of addiction and abuse of  3:38:59PM

22  pain pills such as Oxycodone, of which your practice is 3:39:04PM

23  primarily based upon.                                 3:39:09PM

24       A    But if you --                               3:39:12PM

25       Q    You would agree, right?                     3:39:13PM
```