1

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CASE NO.  8:13-CV-02196-EAK-TBM

- - - - - - - - - - - - - - - - - - - -

JACK LEFROCK, M.D.,

              Plaintiff,

vs.

WALGREEN CO., a Foreign Corporation
Doing Business in Florida,

              Defendant.

- - - - - - - - - - - - - - - - - - - -


      Deposition of MICHAEL D. BEAN, a Witness

herein, taken on behalf of the Defendant herein,

pursuant to notice and the Federal Rules of Civil

Procedure, commencing at 9:30 a.m. and concluded at

on 11:17 p.m., on Tuesday, June 24th, 2014, at the

offices of Demby & Associates, 1751 Mound Street,

Sarasota, Florida, before me, Diana A. Demby, RMR,

Notary public in and for the State of Florida at

Large.


Job No. CS1864007

DEFENDANT'S
EXHIBIT
4

32

1    way they treated you.  I couldn't figure it out, I've

2    never been treated like that.  And she just basically

3    said go somewhere else.  Don't go to Walgreen's.

4         Q    Just go to the next pharmacy?

5         A    Yes.  Try to establish a relationship with a

6    pharmacy that has them.

7         Q    Let's talk about the year 2011.  Can you tell

8    me a day in 2011, a specific date where you went to the

9    Walgreen's pharmacy to fill one of Dr. LeFrock's

10   prescriptions?

11        A    No, sir, I can't remember the day.

12        Q    Can you tell me any specific person that you

13   spoke with at the Walgreen's pharmacy when trying to

14   fill Dr. LeFrock's prescriptions?

15        A    I remember everyone.  I remember their faces

16   and I remember how they spoke to me, embarrassed the

17   hell out of me and not understanding why.

18        Q    Can you tell me anyone's name?

19        A    No, I can't.  If you showed me pictures I

20   would remember their faces.

21             I asked to speak to the floor manager at the

22   Walgreen's across from Doctors Hospital, and she

23   basically told me that she was the one running the show

24   and that they did not have a working relationship with

25   Dr. LeFrock and never would, and if it was up to her he

34

1   any luck going to any Walgreen's?  Can you check for

2   me?  And she said no.

3        Q    What's the name of this person that you spoke

4   with at the Walgreen's pharmacy?

5        A    It was a lady.  Middle aged, close to her

6   sixties.

7        Q    Let's assume I would like to meet this

8   pharmacist and speak with her.  What information can

9   you give me so that I can locate this particular

10  pharmacist?

11       A    She said that she was the manager of the

12  pharmacy.

13       Q    So she was a pharmacist?

14       A    I don't know that for sure.

15       Q    What is the day that you went?

16       A    I don't know.  I don't know the day.

17       Q    Because --

18       A    Deductive reasoning, I could break it down.

19  If I look back and see my appointments and, you know,

20  see what my dates were, I could pin it down to within a

21  month or two.  It was over a six-month period that I

22  had trouble with Walgreen's, and then I stopped trying.

23       Q    Without guessing or without speculating,

24  could you get it to a certain day?

25       A    No, sir.  I don't remember that.  And I

35

1   wouldn't have carried it any further had I not gone

2   back to Dr. LeFrock's and talked to Cindy and she --

3   she would just say, everybody is having a hard time

4   getting their scripts filled.  So I left it alone after

5   that.

6       Q    Without guessing or speculating, could you

7   pin it down to a specific pharmacist's name?

8       A    No, sir.  I don't remember her name.  She was

9   the manager of the pharmacy.  Exceedingly rude.  The

10  doctor had worked -- Dr. LeFrock had worked at Doctors,

11  so I just assumed being in close proximity, something

12  happened in the past.

13           But as I went to other ones -- went to

14  Stickney Point and 41 and they had a real attitude

15  there.  They basically walked me out the door.

16      Q    So let's talk about your conversations with

17  the Walgreen's pharmacist or employee.  As we sit here

18  today, you are not able to tell me the person's name,

19  correct?

20      A    Correct.

21      Q    And as we sit here today you are not able to

22  pin it down to a specific date, correct?

23      A    Not a specific date, no.

24      Q    Because I would like to meet the particular

25  pharmacist.

39

1  pharmacist, and each time I asked you about the

2  conversation it changes a little bit.

3       A    Nothing's changed.  She had a rotten attitude

4  and embarrassed me.  That's the way it is.

5       Q    I'm asking about the specific words that were

6  being used by the pharmacist, and your words as well.

7  And each time I've asked you, you have either added a

8  little bit to it or changed it.

9       A    Well, it's becoming a little more clear now.

10      Q    And how is it becoming clear?

11      A    Because my brain is working a little bit

12  better, I think.  I didn't get any sleep last night at

13  all.  I was up all night.  I tried to postpone this

14  appointment for a later date, but out of respect for

15  the doctor he said it would be best if I came today,

16  but I'm not a hundred percent right now.

17      Q    Now after you had this conversation with the

18  pharmacist, who you agree we don't know the

19  pharmacist's name, right?

20      A    Correct.

21      Q    And we don't know the day that you went to

22  the pharmacy to have this statement, right?

23      A    Correct.

24      Q    So putting that aside for a moment, after you

25  had this conversation with the pharmacist, did you go

41

1    to be like this, I got to find another doctor.

2        Q    What did Dr. LeFrock tell you?

3        A    He said there might be some upcoming

4    litigation involved to correct the situation.  That's

5    all I -- that's all that was said.

6        Q    Did you eventually go to a doctor other than

7    Dr. LeFrock?

8        A    No.

9        Q    You stayed with him?

10       A    Correct.

11       Q    You stayed with Dr. LeFrock despite the

12   statements that were made by the Walgreen's pharmacist?

13       A    Correct.

14       Q    Why did you choose to stay with Dr. LeFrock,

15   even though that pharmacist made the statements that

16   you have suggested?

17       A    Because Dr. LeFrock is the only pain doctor

18   in 25 years that I have gone to that treated you with

19   respect and courtesy, and it seemed like he really

20   listened to what you had to say.  I have never had a

21   doctor listen to what your problems are.

22       Q    When the pharmacist made the statements to

23   you about Dr. LeFrock, did you believe the pharmacist?

24       A    At the time it was happening I was totally

25   dumbfounded.  I was tempted to go back in there and

42

1   make a scene and try to embarrass her, but there was no

2   point in doing that.

3          But it increasingly -- it didn't make any

4   sense.  I couldn't put it in its place.  It was so --

5   so spontaneously rude, it intimidated me.  I didn't

6   know what to say.

7       Q    So even after that statement from the

8   Walgreen's pharmacist, you still treat with Dr.

9   LeFrock?

10      A    Correct.

11      Q    You consider Dr. LeFrock to be a good

12  physician?

13      A    Yes, sir.

14      Q    And you think he deserves to be a licensed

15  physician that prescribes pain medication?

16      A    Without a doubt.  He's the best I have seen

17  in 25 years.

18      Q    And ultimately you are still capable of

19  getting your prescriptions filled, right?

20      A    Now, it's no problem.  No.  None at all.

21      Q    Mr. Bean, you actually completed an

22  affidavit.  Do you remember completing this affidavit?

23      A    Yes, I do.

24      Q    At the beginning of the deposition I asked

25  you whether you remembered completing this affidavit,

46

1    clarify what the problem was.

2        Q    Do you see where the affidavit says "Name or

3    names of Walgreen's employees or employee?"

4        A    Yeah.

5        Q    Do you see that?

6        A    Yeah.

7        Q    What is listed on this affidavit after that

8    question?

9        A    There is a question mark there.  I don't

10   recall the name.

11       Q    Is that question mark in your handwriting?

12       A    Correct.

13       Q    And is it fair to say that the dates that

14   were added to this affidavit are in somebody else's

15   handwriting?

16       A    I believe so, correct.

17       Q    And as we sit here today, as I understand

18   your testimony, you don't remember the dates, do you?

19       A    No, I don't.  But 2011, that would be right

20   about the time this is all happening.  Had I known it

21   was going to be a situation like this I would have

22   wrote it all down, but I didn't.

23       Q    Dr. LeFrock had told you that this affidavit

24   would be used in litigation, didn't he?

25       A    No.

49

1   guessing or speculating.

2       A    No, I don't know exactly her words.  I could

3   tell you her tone and the way they were said.

4       Q    Assuming for a moment that this statement was

5   actually made by a pharmacist, do you believe that that

6   statement is true?

7       A    No, I don't.

8       Q    And for the record the statement that we are

9   referring to is, quote, "Said doctor was incompetent.

10  Wouldn't fill script," end of quote.  When this was

11  made by the pharmacist, did you believe that that

12  statement was true?

13      A    No, I did not.

14      Q    Did it change your perception of Dr. LeFrock?

15      A    There was a question mark as to why they were

16  all treating me this way.  I didn't know the reason for

17  it.

18      Q    But you continued to believe that Dr. LeFrock

19  was a competent doctor?

20      A    When I went back and he explained the

21  situation, that it was primarily a situation between

22  him and the Walgreen's and that it wasn't directed at

23  me, I had no problem staying with Dr. LeFrock.

24           Had I known it was going to be litigated, I

25  would have written this all down, but I wasn't aware

50

1  this was going to be litigated at the time.

2          I felt there would be a reprimand of some

3  sort where there lady would be, you know, taught how to

4  treat people properly.

5          And to be honest with you -- I am not an

6  attorney, but I couldn't believe the fact that she was

7  saying this as loud as she was and in the tone of voice

8  and the disparaging way about the doctor.

9          And I know that if you do that to a

10  professional it discredits him and you better have

11  something to back it up, and asking her, you know, what

12  the reason was, she wouldn't give me one other than

13  he's not a worthy doctor.

14      Q     Are those the exact words that were used?

15      A     No.  The sentiments are exact.

16      Q     Mr. Bean, do you believe that you have an

17  addiction to pain medication?

18      A     Yes, sir.

19      Q     When do you think that you began developing

20  the addiction to pain medication?

21      A     When I started taking OxyContin,

22  80 milligrams and jumped up to 160's, and then woke up

23  in muscle spasms and convulsions, not understanding

24  why, found out the information about OxyContin and the

25  real rules of the game concerning that medication.