1

1

2     IN THE UNITED STATES DISTRICT COURT FOR THE
            MIDDLE DISTRICT OF FLORIDA
3                 TAMPA DIVISION

4           CASE NO.   8:13-CV-02196-EAK-TBM

5

6

7  - - - - - - - - - - - - - - - - - - - - -

8  JACK LEFROCK, M.D.,

9           Plaintiff,
   vs.
10
   WALGREEN CO., a Foreign Corporation
11 Doing Business in Florida,

12          Defendant.

13 - - - - - - - - - - - - - - - - - - - - -

14

15         Deposition of MAHLON D. CARE, a Witness

16 herein, taken on behalf of the Defendant herein,

17 pursuant to notice and the Federal Rules of Civil

18 Procedure, commencing at 3:43 p.m. and concluded at

19 5:05 p.m. on Tuesday, June 24th, 2014, at the

20 offices of Demby & Associates, 1751 Mound Street,

21 Sarasota, Florida, before me, Diana A. Demby, RMR,

22 Notary public in and for the State of Florida at

23 Large.

24

25 Job No. CS1864007

DEFENDANT'S EXHIBIT 6

20

1 anywhere else.
2    Q    No one other than Dr. LeFrock?
3    A    No, sir, other than my chiropractors that I
4 went to, and they basically told me they couldn't help
5 me.
6    Q    Did they prescribe pain medications?
7    A    No, they didn't. I did shock -- the electric
8 stuff and stretching and cracking, and then he did an
9 X-ray of my neck and he said basically, I can't really
10 do anything for you.
11   Q    Do you know the name of the pharmacist that
12 you spoke with on this day?
13   A    It was a short, gray-haired lady. And I
14 didn't get her name because, like I said, I was
15 frustrated. And I didn't say anything nasty back,
16 didn't do anything, just turned around and walked away.
17        Very embarrassing. She was very short with
18 me, and basically when she got done saying what she had
19 to say she threw the prescription down and turned
20 around and walked away from me.
21   Q    If the pharmacist had said that Dr. LeFrock
22 was running a pill mill, would you have understood what
23 she meant by that?
24   A    She didn't say that, I mean, not as far as I
25 can recall. Like I said, other than -- maybe she did.

1   Like I said, it's been a couple years, you
2  know. I was just standing there with my jaw dropped
3  down, because one gentleman told me to come back, there
4  was no problem, and I come back and then I get that.
5  So how would you react?
6      Q    But if the pharmacist had said that
7  Dr. LeFrock was running a pill mill, would you have
8  even understood what she meant by that, to be fair?
9      A    Yeah. Probably, yeah. Like I said, from
10 what I read about the pill mill as far as the legal
11 term and stuff, basically where they prescribe it to
12 you one window and hand it out at the other window.
13     Q    Do you remember anything else about the
14 conversation with this Walgreen's employee?
15     A    Like I said, other than she said I needed to
16 go to a legitimate doctor.
17          And I said, Well, who would you recommend?
18          And she recommended someone from Sarasota
19 Pain Management. And she mentioned the doctor by
20 name -- I wouldn't remember it now -- and she turned
21 around, like I said, and walked away. There was other
22 people standing in line.
23     Q    Do you remember any reference to a pill mill
24 during that conversation?
25     A    I can't say yes or no. I mean, it's been --

22

1  I mean, being honest --
2      Q    Yes.
3      A    It's been almost two years, year and a half,
4  two years.
5      Q    Let me show you this document, and I'm going
6  to show you some dates. And one of the rules in a
7  deposition is that you don't guess. One of the rules
8  is that you don't speculate. If you know it, you tell
9  me you know it. If you don't know it, tell me you
10 don't know it. That's one of the rules. So I don't
11 want you to guess on this.
12     A    That's fine.
13     Q    There are five pages of this, which I'll
14 number in the top right hand corner, one through five.
15     A    Um-hmm.
16     Q    Now, I'm trying to determine the day that you
17 may have had this conversation at Walgreen's. As we
18 sit here right now, do you remember the day?
19     A    No, I don't.
20     Q    Do you remember what month or year it might
21 have been?
22     A    No.
23     Q    Fair enough. I appreciate your being honest.
24 And do you know the person's name who you spoke with?
25     A    No.

```
 1      Q    Do you know what month it might have been in?
 2  No?
 3      A    No, not sitting here right now.  Like I said,
 4  I got records of everything I got filled, but I didn't
 5  fill there so I don't have records of that.
 6      Q    Understand.  When you say you didn't fill
 7  there, meaning what?  That you went there --
 8      A    Like I said, I went there earlier in the day
 9  to fill my prescription.  They said they had them, come
10  back after supper time.  The gentleman that was there,
11  he said he didn't have any problem filling it.
12           I came back after three, four o'clock, and
13  walked in and handed them to him, the lady at the desk,
14  and she picked them up, walked over and talked to the
15  head pharmacist at the time -- I guess the other
16  gentleman had gotten off work -- and she came back and
17  said she wouldn't fill them.
18           I'm, like, the other gentleman told me there
19  wasn't a problem, to come back after supper.
20           And she said, I don't know what to tell you.
21  You can talk with the pharmacist if you would like.
22           I said, yes, please.
23           So she walked over, brought her over, and
24  that's when the whole conversation took place.  And I
25  stood there with my jaw down like, what the hell, you
```

26

1  day that you would have had this conversation?
2       A    It would have been after -- it would have
3  been -- my next appointment --
4       Q    But from --
5       A    -- was when I would have mentioned it to the
6  doctor, about what I was dealing with.
7       Q    From these documents, am I able to make that
8  determination of which day the conversation would have
9  been with the pharmacist?
10      A    No, not accurately.  Because, like I said, I
11 would have talked to the pharmacist one day, and then I
12 came in and talked to my doctor and told him what I was
13 going through trying to get my medications filled.
14      Q    This is what they call a HIPAA release.
15 H-I-P-A-A.  Are you familiar with these?
16      A    No.
17      Q    I would be asking you to sign this, and if
18 you sign this, this will actually give me access to all
19 of your medical records with Dr. LeFrock.  You have the
20 choice not to sign this.  This is entirely up to you.
21           And if you sign this, I will be able to look
22 at your medical records.  I will be able to see all the
23 prescription dates, I will see all of your medical
24 care, and every single thing that you have in Dr.
25 LeFrock's records, and I will use your records in this

1  unfortunately I don't have retirement because I'm
2  self-employed, and I'm hoping this patent does
3  something for me.
4         And I get up and work every day, and just be,
5  like, someone beat you with a baseball bat.
6     Q   So after you had the conversation with the
7  Walgreen's representative where they wouldn't fill that
8  prescription -- the date we don't know for sure, right?
9     A   Yes.
10    Q   And we don't know the exact name of the
11 person, right?
12    A   No.
13    Q   You went back to Dr. LeFrock's office, you
14 told Dr. LeFrock -- and did you continue to treat with
15 Dr. LeFrock after that?
16    A   Yes.
17    Q   Was there any reason for you not to treat
18 with him?
19    A   No.
20    Q   Did you try and look for another doctor
21 because --
22    A   No, I did not.
23    Q   If I may.  Did you try and look for another
24 doctor because of the statements that were made to you
25 by the pharmacist --

42

1  of the people are really nasty.
2      Q   But you still stayed with Dr. LeFrock?
3      A   Yes.
4      Q   You got confidence in him?
5      A   Yes, I do.  I mean, you know, you hear about
6  all these other people walking in, getting their
7  medications and stuff, you know, people talk about it.
8          I take four urine tests a year, random urine
9  tests, I do blood work two or three times a year.  And
10 now that I'm -- the other medication is only every six
11 months or to so, is testosterone treatment, which
12 helps.
13     Q   You were certainly aware of the pill mill
14 industry at that time, right?
15     A   You read about it in the paper, it was on the
16 news all the time.  That's why it was hard to get
17 medication.
18     Q   Yes.  And you knew you were taking Oxy,
19 morphine, and Valium, right?
20     A   Yes.
21     Q   And you knew that those were the medications
22 that everybody was on red alert for.  You clearly knew
23 that, right?
24     A   Yes.
25     Q   And you knew that these pharmacists saw a red