```
                                                              1

 1          UNITED STATES DISTRICT COURT
              MIDDLE DISTRICT OF FLORIDA
 2                 Tampa Division
           Case No.: 8:13-cv-02196-EAK-TBM
 3

 4  JACK LEFROCK, M.D.,            :

 5       Plaintiff,                :

 6                                 : Deposition of:

 7       Vs.                       : DWAYNE ROWELL

 8  WALGREEN CO., a foreign        :

 9  corporation doing business     :

10  in Florida,                    :

11       Defendant.                :

12

13            Transcript of deposition taken

14  by and before CYNTHIA BAUERLE, a Certified

15  Shorthand Reporter, at the offices of

16  Veritext, 442 W. Kennedy Boulevard, Suite 240,

17  Tampa, Florida 33606 on Wednesday, June 25,

18  2014 commencing at 9 a.m.

19

20

21

22

23

24

25
```

DEFENDANT'S EXHIBIT 7

1  A P P E A R A N C E S:

2

3       LAW OFFICES OF LAWRENCE KLEPETKO, ESQ.

4       BY: LAWRENCE KLEPETKO, ESQ.

5       46 North Washington Boulevard, Suite 15

6       Sarasota, Florida 34236

7       941-388-3388

8       Representing the Plaintiff

9

10      HINSHAW & CULBERTSON, LLP.

11      BY: Martin D. Stern, ESQ.

12      One East Broward Boulevard, Suite 1010

13      Ft. Lauderdale, Florida 33301

14      954-467-7900

15      Representing Walgreen Co.

16

17

18

19

20

21

22

23

24

25

```
                                                                    3
 1                  - - - - -

 2                  I N D E X

 3                  - - - - -

 4                                              PAGE

 5  WITNESS:   No appearance

 6                - - - - - - - -

 7                E X H I B I T S

 8                - - - - - - - -

 9  NO.      DESCRIPTION                        PAGE

10  D-1      Deposition Notice                    5

11  D-2      Return of Service                    6

12  D-3      Subpoena                             6

13  D-4      Affidavit                            6

14

15  (Exhibits retained by court reporter to be

16  attached)

17

18

19

20

21

22

23

24

25
```

1            MR. STERN:  This is Martin Stern
2  attorney for Walgreen in the case of Jack
3  Lefrock vs. Walgreen Corporation.
4        We are gathered here today for the
5  deposition of Dwayne Rowell.  This deposition
6  has been noticed for Wednesday, June 25, 2014
7  at 9 a.m.  The location of this deposition is
8  Veritext Tampa.  Address 442 West Kennedy
9  Boulevard, Suite 240, Tampa, Florida.  33606.
10 This Deposition Notice is going to be attached
11 as Exhibit-1 for the defendant.
12            (At which time, Deposition
13 Notice was marked D-1 for identification.)
14       Q.    In attendance at this deposition
15 is Dr. Lefrock who is the plaintiff and Mr.
16 Klepetko as Dr. Lefrock's counsel.  We are all
17 here waiting for this deposition to start.
18 The time now, according to my watch, is 9:32.
19 We've waited over a half hour for Mr. Rowell
20 to attend this deposition and he has failed to
21 attend.  Attached as defendant's two is the
22 Return of Service, which indicates that Mr.
23 Rowell was served with a Subpoena to attend
24 this deposition.  The process server was First
25 Response Process Corporation.  Also attached

1  to this deposition is the federal Subpoena
2  issued to Mr. Rowell, and I'll attach that as
3  defendant's three.
4          Mr. Rowell's deposition was taken
5  because plaintiffs have attached an Affidavit
6  of Mr. Rowell to their complaint.
7              (At which time, Return of
8  Service was marked D-2 for identification.)
9              (At which time, the Subpoena was
10 marked D-3 for identification.)
11             MR. STERN:  This Affidavit has
12 been used in support of Dr. Lefrock's claims
13 against Walgreen.  I'll mark this Affidavit as
14 defendant's 4.
15             (At which time, Affidavit was
16 marked D-4 for identification.)
17             MR. STERN:  The Affidavit of Mr.
18 Rowell will be read into the record for
19 brevity.  It states, "To whom it may concern:
20 On the date of 6/5/2011," as an aside, it
21 could also be interpreted to be 6/7/2011.  The
22 Affidavit continues, "I visited my doctor,
23 Jack L. Lefrock, M.D.  He performed his
24 examination of my condition along with all
25 discussion.  Dr. Lefrock issued my

1  prescriptions.  I presented the prescription
2  to the Walgreen's location on Beeridge/" -- I
3  can't read the rest of that address.  "The
4  pharmacy glanced at the prescription, advised
5  me flat out we do not accept prescriptions
6  from this doctor.  I had visited or this
7  establishment" -- that could be a typo.  The
8  Affidavit continues.  "It was very rude of the
9  Walgreen's pharmacy to be treated as if I was
10 some type of crook, thief or junkie.  I Dwayne
11 Rowell find this very disturbing and unfair to
12 someone with a legitimate medical condition."
13 It has a signature with the name of Dwayne
14 Rowell and then it says at the bottom "P.S. I
15 have been seeing this doctor for years and I
16 find this very disturbing."
17         This deposition is being taken today to
18 verify the statements made by Mr. Rowell in
19 this deposition.  This deposition is being
20 taken today to determine what Mr. Rowell's
21 testimony will be at trial.  The failure of
22 Mr. Powell to attend this deposition prevents
23 Walgreen from having its opportunity to verify
24 and cross-examine Mr. Rowell.  This deposition
25 was also taken to determine whether Mr. Rowell

1 would sign a HIPAA authorization for the
2 release of his medical records.  The release
3 of medical records is important so that we can
4 determine what prescriptions Dr. Lefrock
5 ordered.  We would also like to verify the
6 quantity of prescriptions and number of
7 doctors that were involved.  The underlying
8 medical conditions, which may or may not have
9 warranted the prescriptions for pain
10 medication.
11         The failure of Mr. Rowell to attend
12 this deposition today prevents Walgreen from
13 pursuing that defense.  With that foregoing in
14 mind, Walgreen will file a Motion to Show
15 Cause to determine why Mr. Rowell has failed
16 to honor and comply with a Court Order to
17 attend this deposition.  We will also move to
18 strike the Affidavit of Mr. Rowell.
19 Furthermore, we will move to strike any of his
20 testimony at trial.
21         The time now is 9:36 and Mr. Rowell is
22 still not here.  We will end the deposition on
23 this note and file the required documents with
24 the court.
25         MR. KLEPETKO:  On behalf of the

1  plaintiff and myself as plaintiff's counsel, I
2  want the record to reflect that there is no
3  effort on the part of my client or myself to
4  interfere at all with Mr. Rowell's compliance
5  with a court ordered deposition.  We have no
6  explanation and no awareness whatsoever of any
7  reason why he would not attend as required by
8  the Subpoena, which has been identified for
9  the record.  I want the record to reflect also
10 that my client, Dr. Lefrock, also made an
11 effort to contact Mr. Rowell to determine if
12 there was any information available by
13 telephone to explain the deponent's absence.
14 Dr. Lefrock was unable to complete telephone
15 contact with the deponent.
16            MR. STERN:  Thank you very much.
17            (At which time, the deposition
18 was concluded at 9:40 a.m.)
19
20
21
22
23
24
25

9

```
           UNITED STATES DISTRICT COURT.
             MIDDLE DISTRICT OF FLORIDA
                    Tampa Division
            Case No.: 8:13-cv-02196-EAK-TBM
```

JACK LEFROCK, M.D.,                        :

    Plaintiff,                             :

    Vs.                                    :

WALGREEN CO., a foreign corporation        :

doing business in Florida,                 :

    Defendant.                             :

CERTIFICATE OF NONAPPEARANCE OF WITNESS

    I, Cynthia Bauerle, CSR, hereby certify that I was present at Veritext, 442 W. Kennedy Boulevard, Suite 240, Tampa, Florida 33606 on Wednesday, June 25, 2014 from 9 a.m. to 9:40 a.m., for the purpose of reporting the deposition of DWAYNE ROWELL, which was scheduled to begin at 9 a.m., pursuant to Notice of Taking Deposition Duces Tecum. I was attended by Martin Stern, Esquire for Defendant and Lawrence Klepetki, Esquire for Plaintiff.

    I further certify that, DWAYNE ROWELL, did not appear, nor did anyone appear on his behalf.

    Signed this 25th day of June, 2014.

                    _____

                    Cynthia Bauerle, CSR