1

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CASE NO. 8:13-CV-02196-EAK-TBM

- - - - - - - - - - - - - - - - - - - - - -

JACK LEFROCK, M.D.,

        Plaintiff,

vs.

WALGREEN CO., a Foreign Corporation
Doing Business in Florida,

        Defendant.

- - - - - - - - - - - - - - - - - - - - - -

    Deposition of CYNTHIA A. DORMAN, a Witness herein, taken on behalf of the Defendant herein, pursuant to notice and the Federal Rules of Civil Procedure, commencing at 1:05 p.m. and concluded at 3:40 p.m. on Tuesday, June 24th, 2014, at the offices of Demby & Associates, 1751 Mound Street, Sarasota, Florida, before me, Diana A. Demby, RMR, Notary public in and for the State of Florida at Large.

Job No. CS1864007

DEFENDANT'S EXHIBIT 11

32

1  A   When we started doing E-Forcse we found as
2  many as six.
3  Q   Really?
4  A   Oh, yeah.  We -- we had a patient with the
5  sheriff -- Pinellas County, they arrest them in our
6  office when they have the proof that they need.
7      We had a patient that had six appointments in
8  his pocket for other doctors, as well as two hundred
9  pills.
10  Q   That's a lot.
11  A   Yes.
12  Q   So you initially discovered this by having
13  access to the E-Forcse data base?
14  A   Yes.
15  Q   Between December of 2010 and February of
16  2011, when you turned in up to a hundred patients for
17  doctor shopping, the narcotic units for Pinellas and
18  Sarasota then began their investigations?
19  A   Yes.
20  Q   Certainly, those narcotics units would be
21  swamped, because Dr. LeFrock's office wouldn't be the
22  only office turning in patients that are doctor
23  shopping?
24  A   You would like to think that, but in
25  actuality the police departments have indicated to us

Case 8:13-cv-02196-EAK-TBM   Document 42-11   Filed 11/03/14   Page 3 of 10 PageID 529

33

1  that we're one of the most diligent in using the
2  E-Forcse in looking for doctor shoppers.
3      Q    So you use the E-Forcse?
4      A    Yes, I do, because I take offense to it.
5      Q    Then after February of 2011, once the
6  narcotic units from Sarasota and Pinellas had the list
7  of doctor shoppers from Above and Beyond, the
8  investigations began?
9      A    Yes.
10     Q    You began to receive subpoenas?
11     A    Yes.
12     Q    The subpoenas were issued to Above and Beyond
13 and Dr. LeFrock --
14     A    Records custodian, usually.
15     Q    -- to produce the records of these patients?
16     A    Yes.
17     Q    And then of course we can expect that the
18 narcotics units subpoenaed the other doctors that were
19 identified on E-Forcse as having had conflicting
20 prescriptions?
21     A    Yes.
22     Q    Do you know the outcomes of any of those
23 investigations?
24     A    In Pinellas County, many of them were
25 sentenced to jail time.

Veritext Corporate Services
800-567-8658                                     973-410-4040

1       In Sarasota County, many of them were
2  dismissed, and the ones that weren't dismissed were
3  given probation.
4       And my problem with that whole thing is that
5  within a year they're -- E-Forcse doesn't show they're
6  doctor shopping any more because you have to physically
7  go back further, so these people on probation were good
8  little people, and then they can ply their trade again.
9       Q    Let's continue with the one hundred people.
10 In December of 2010 through February of 2011, what was
11 the total patient population for Dr. LeFrock's offices?
12      A    That's when we were in our highest, in the
13 four hundred range.
14      Q    Still, that would mean that 25 percent of
15 your patients were doctor shopping.
16      A    That was very disappointing.
17      Q    Is that right?
18      A    Yes.  Because Dr. LeFrock and I both are --
19 if we say it, we mean it.  And we were disappointed to
20 realize that that large number group of people had
21 signed these things that said I'm not going to do this
22 and understood the implications of doing it, and did it
23 anyway.  We were disappointed to find out there were so
24 many dishonest people.
25      Q    That's one out of every four of your

```
 1  patients?
 2      A    Yes.
 3      Q    And that was only what was confirmed on
 4  E-Forcse?
 5      A    Yes.  The other patients that were
 6  discharged -- again, for drug abuse, arrests for drug
 7  charges -- some of them got insurance and went to other
 8  doctors, and then others were not able to find their
 9  medications and just stopped trying because they had
10  jobs and lives and they couldn't spend eight hours
11  going from pharmacy to pharmacy to try to find their
12  medications.
13      Q    Right.  That was during the time that the
14  pharmacies themselves began to clamp down on the
15  prescriptions as well?
16      A    Well, yes.  And the State of Florida clamped
17  down with the amount of medication that was allowed
18  into the state.
19      Q    Understood.
20      A    It was all kind of a perfect storm at the
21  same time.
22      Q    When did all that really start to build up?
23      A    When the E-Forcse started.
24      Q    Really, December, 2010, through February,
25  2011?
```

1  A   Yes. And then by July of 2011, the counties
2  took an interest in controlling it -- and that was both
3  counties, that kind of thing.
4  Q   So let's talk about this for a moment. When
5  E-Forcse came out initially in December of 2010, was
6  there a requirement at that initial point that
7  physicians review E-Forcse for each patient?
8  A   It is not a state condition, it is not a
9  Pinellas County condition, it was not Sarasota County
10 condition until probably July of that year, because
11 they knew of the problems getting it linked up.
12 Q   Certainly. But I think everybody in the
13 industry, meaning the medical industry and the pain
14 clinic industry, understood what E-Forcse was being
15 implemented for.
16 A   I have -- pretty much.
17 Q   E-Forcse was there to be used as a competent
18 tool to identify pill mills and patients that are
19 doctor shopping.
20 A   I don't know that it did anything to identify
21 pill mills so much as the doctor shoppers. Because
22 doctor shopping does not go hand in hand with a pill
23 mill, necessarily.
24 Q   Is it fair to say that the pain management
25 industry understood the reason for E-Forcse being

1           And some of them, we require -- if they say
2  my doctor is a jerk and I just want a new -- I contact
3  the doctor to find out why.  If they were discharged
4  for failed drug tests, we do not take them.  If there
5  was an issue in the office, we do not take them.  We
6  try to work as a group by ourselves.  And I do an
7  E-Forcse.  Sorry.
8       Q    How many open investigations are there
9  currently against Above and Beyond for patient doctor
10 shopping issues?
11      A    I'm not aware of any except one, and Dr.
12 LeFrock had a subpoena, they called and said it was
13 postponed, but there's only one that's hanging around.
14 That's Pinellas County.
15      Q    And now we are in June of 2014, how many open
16 investigations were there against Above and Beyond in
17 2013?
18      A    They didn't -- they all went to court pretty
19 quickly, so by 2012 the majority of it was cleaned up.
20           I still, on occasion, find them in Pinellas
21 because I only run the E-Forcse every three months, and
22 that's a little bit of a hole.
23           So I think by the end of 2012 they were
24 pretty much cleaned up, disposed of one way or the
25 other.

1    Q    But even after 2012, through the present day,
2  there are some that were open, including one presently.
3    A    Dribs and drabs.  I mean, I would say no more
4  than five or six.
5    Q    Certainly.
6    A    And some of them went, were on probation and
7  got other charges so it kind of reopened it.  There's
8  three or four of those that are now in jail for those
9  charges.
10   Q    So going back to the investigation for each
11 new patient, have you had the opportunity to speak with
12 Dr. LeFrock about his deposition testimony?
13   A    No.  I haven't seen him since.
14   Q    Have you had the opportunity to speak with
15 Mr. Klepetko about Dr. LeFrock's deposition testimony?
16   A    No.
17   Q    Did you speak with Mr. Kleptko in preparation
18 for this deposition?
19   A    No.
20   Q    Did you review any documents in preparation
21 for this deposition?
22   A    Yes.
23   Q    What did you review?
24   A    The one incident report that I wrote up in
25 regards to Walgreen's.

54

1   A   Well, one pharmacist in particular in
2 Pinellas County, on a pretty regular basis he would
3 tell me, Dr. LeFrock needed to write less medications.
4       I need Dr. LeFrock to write
5 anti-inflammatories, and this was before the studies
6 that Dr. LeFrock learned in his classes showed that.
7       It seemed more like they were trying to sell
8 other medications as well, to make their average look
9 better.  I actually got told by a Walgreen's
10 pharmacy --
11   Q   Can I --
12   A   Go ahead.
13   Q   I just want to make sure I cover each point.
14 Do you have any solid evidence that these statements
15 were made so that a pharmacist could make his or her
16 average better, understanding that prescriptions were
17 actually being denied, right?
18   A   Yes.  Well, at that point it was iffy.
19 Sometimes they would fill, sometimes they wouldn't,
20 depending on which pharmacy was in a given store at a
21 given time.
22   Q   But you would agree that Walgreen's was
23 actually refusing to fill Dr. LeFrock's prescriptions?
24   A   Yes.  Not on the whole.
25   Q   Walgreen's pharmacists would actually call

55

1  you on the phone and talk to you about why they were
2  refusing to fill a prescription on occasion?
3        A    No.  I would call them to see if there was
4  a way to solve it.
5        Q    And the pharmacy would look up a particular
6  patient?
7        A    Yes, usually they still had the prescription
8  in their hand when I was calling.
9        Q    And the pharmacist would give you an
10 explanation as to why they chose not to fill it?
11 Because it might have required, in their opinion,
12 another co-medication or whatever reason?
13       A    Sometimes.  Or they would say, I just don't
14 feel comfortable.  I don't have a relationship with Dr.
15 LeFrock.
16       Q    Was it ever because they simply didn't have
17 the medication in stock?
18       A    Not at that point.  Not in the beginning.
19       Q    Did that eventually involve --
20       A    Now that's true.
21       Q    Just on that point, did pharmacies end up
22 running out of pain medications such as Oxycodone and
23 hydrocodone?
24       A    Yes.
25       Q    How did that happen, in your opinion?